## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD A. MUELLING, on behalf of himself and all other similarly situated persons, | ) ) ) ) ) | |
| PLAINTIFF, | ) ) ) | Case No. |
| v. | ) ) | Jury Demanded |
| THE SAYER LAW GROUP, P.C., | ) ) ) | |
| DEFENDANT. | ) ) | |

## INDIVIDUAL AND CLASS ACTION COMPLAINT

Plaintiff, Richard A. Muelling, brings this action to secure redress from unlawful credit and collection practices engaged in by Defendant The Sayer Law Group, P.C., Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## VENUE AND JURISDICTION

1.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 42 U.S.C. 1983, and 28 U.S.C. §§ 1331, 1337, and 1367, as Defendant does business in the State of Illinois and because a material portion of the events at issue occurred in this District.

2.      Venue in this District is proper under 28 U.S.C. § 1391(b) because Defendant's collection demands were received here, a material portion of the events at issue occurred in this District, and Defendant resides and transacts business here.

1

## PARTIES

3.     Plaintiff, Richard A. Muelling ("Plaintiff"), is an individual and resident of Cook County, Illinois, and a "consumer" as defined at 15 U.S.C. § 1692a(3) of the FDCPA.

4.     Defendant, The Sayer Law Group, P.C., ("Sayer") is a law firm that regularly collects defaulted consumer debts by mail, telephone and via the filing of lawsuits, on behalf of others, and is thus a "debt collector" as that term is understood in the FDCPA, § 1692a(6).

5.     Sayer regularly collects defaulted and/or delinquent credit card debts on behalf of others.

6.     In the year 2023, Sayer filed over 1000 lawsuits containing an affidavit in the form of the "CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT (SUPREME COURT RULE 280.2)" attached hereto within Exhibit A.

## STANDING

7.     Plaintiff has Article III standing because, *inter alia*, Defendant failed to provide Plaintiff with required information about the creditor to which the alleged debt is purported to be owed, the amount of the alleged debt, and his right to contest or request verification of the debt/ascertain the identity of the original creditor, placing him at a distinct disadvantage in dealing with his alleged obligations. If he had known about his rights and been provided communications that were legally mandated by the FDCPA, he would have timely disputed and sought verification of the debt—thereby requiring Defendant to cease collecting the alleged debt and to obtain and mail verification, potentially preventing the filing of a collection lawsuit altogether, or at least forcing

2

Defendant to halt the spurious litigation they have maintained against Plaintiff until they provided him verification of the same. *Lavallee v. Med-1 Solutions, LLC*, 932 F.3d 1049 (7th Cir. 2019).

8.   Plaintiff has Article III standing for the further reason that he was forced to pay money and spend substantial time to defend against a false claim—a second lawsuit to collect the same alleged account—that caused Plaintiff severe emotional distress, loss of time, and financial loss and thus a concrete injury, necessitating that Plaintiff pay money to an attorney and to the court to defend the false claim.

**FACTS**

9.   Plaintiff was alleged by Defendant to incur a debt via the opening and purchase of consumer items and/or services on a Wells Fargo Bank, NA ("Wells Fargo") credit card.

10.   The alleged obligation was thereafter declared to be in default.

11.   Plaintiff thus incurred an alleged consumer obligation ("alleged debt") as that term is understood under § 1692a (5).

12.   The alleged debt was not incurred in connection with Plaintiff's employment, nor in connection with any business matter.

13.   Wells Fargo hired Defendant to collect the alleged debt after default.

14.   Defendant thereafter, on December 29, 2024, filed a lawsuit on behalf of Wells Fargo to collect the alleged debt, titled *Wells Fargo Bank, NA vs. Richard A. Muelling,* Case No. 20232004443, in the Circuit Court of Cook County, Illinois ("State Action"). (Exhibit A, Complaint and Summons).

15.   The State Action complaint sought to collect $9,604.66 from Plaintiff.

16.     The State Action also states as follows:

> 7.     Pursuant to the agreement, Defendant is also liable for reasonable attorneys' fees in the sum of $350.00.

17.     There is no legal or factual basis for stating that Plaintiff is liable under the agreement for $350 in "reasonable attorneys' fees".

18.     In fact, there is no agreement in existence that provides that Plaintiff is liable for reasonable attorneys' fees in the sum of $350.00.

19.     No court has awarded Wells Fargo attorney fees or determined that said amount of fees, that are stated to be "due and owing" are reasonable.

20.     The statement that $350.00 in "reasonable attorney fees" is due and owing from Plaintiff is thus false.

21.     Defendant thereafter, on the same date of December 29, 2024, filed a second lawsuit and summons on behalf of Wells Fargo to collect an alleged debt, titled *Wells Fargo Bank, NA vs. Richard A. Muelling*, Case No. 20232004444, in the Circuit Court of Cook County, Illinois ("Second State Action"). (Exhibit B, Complaint and Summons).

22.     The Second State Action complaint also sought to collect $9,604.66 from Plaintiff ("second alleged debt").

23.     Plaintiff did not owe the second alleged debt however, and Defendant thus filed two separate lawsuits on the same date to collect the same alleged debt that Plaintiff denies owing.

24.     Defendant thereafter, on or after January 11, 2024, mailed Plaintiff a copy of a summons and complaint filed in the Second State Action.

4

25.     A copy of the envelope in which the complaint and summons was contained is attached hereto as Exhibit B. (Exhibit C, Envelope).

26.     The complaint and summons that were contained within the envelope are attached hereto as Exhibit B.

27.     Defendant thus sought to collect a debt that Plaintiff did not owe via the mailing of the envelope.

28.     Plaintiff received the envelope, complaint, and summons filed in the Second State Action, and read the same.

29.     Plaintiff believed he was required to appear in court as a result of having received and read the complaint and summons in the Second State Action.

30.     The summons states in part as follows:

**3. Instructions for the person receiving this *Small Claims Summons (Defendant)*:**
You must attend court on the date below:
    On: _____ at: _____ ☐ a.m. ☐ p.m. in courtroom _____
    In-person at: 5600 Old Orchard Rd. Skokie, IL 60077
    OR Remotely (You may be able to attend this court date by phone or video conference.
This is called a "Remote Appearance."):
        By telephone: _____

        By video conference: _____

    Call the Circuit Clerk at 312-603-5030 or visit their website at:
    cookcountycourt.org to find out more about how to do this.

Witness this Date:

31.     No date or time to appear is stated on the summons. Nor does Defendant advise Plaintiff that he can appear via ZOOM or remote appearance.

32.     Plaintiff thus did not know the date and time on or by which he was supposed to appear as the information is missing from the summons, or the manner in which he could appear.

33.     Further, the summons and complaint was "served" via certified mail sent directly from Defendant.

34.     Defendant's act of mailing a copy of a summons and complaint directly to Plaintiff via certified mail does not constitute proper service on Plaintiff under Illinois law, as the law does not allow mailing directly by Defendant in the manner effected here, to effect service.

35.     Defendant's act of mailing a copy of a complaint and summons _directly_ to Plaintiff was calculated to induce Plaintiff to appear to defend the Second State Action without personal jurisdiction ever having been obtained over him.

36.     Defendant's act of mailing a copy of a complaint and summons _directly_ to Plaintiff was calculated to induce Plaintiff to appear to defend the Second State Action without personal jurisdiction ever having been obtained over him, and thus to trick Plaintiff into appearing in the Second State Action when he had no legal obligation to do so.

37.     Further, Defendant failed to provide information about the debt that is mandated by the FDCPA.

38.     The Fair Debt Collection Practices Act requires a debt collector to give a written notice to a consumer within five days of its initial communication with said consumer, that contains the name of the current creditor and the amount of the debt, and that gives the consumer notice of the right to dispute the debt, which if timely exercised requires the debt collector to cease collection (and litigation) of the alleged debt until it mails the consumer verification of the alleged debt. 15 U.S.C. § 1692g(a).

39.     Section 1692g's notice requirement is triggered regardless of whether the initial communication was directed at the consumer or his attorney. *Speights-Carnegie v. Blackstone Condominium Ass'n*, No. 15 C 03781, 2018 U.S. Dist. LEXIS 51499, at *22 (N.D. Ill. Mar. 28, 2018).

40.     The Fair Debt Collection Practices Act thus requires a debt collector to give a written notice to a consumer within five days of its initial communication with said consumer, or his attorney. 15 U.S.C. § 1692g(a). That notice must include, among other things, a description of two mechanisms that the debtor can use to verify her debt. First, a consumer can notify the debt collector "in writing" that she disputes all or part of the debt, which obligates the debt collector to obtain verification of the debt and mail a copy to the debtor. Id. § 1692g(a)(4). A failure to dispute the debt within 30 days means that the debt collector will assume that the debt is valid. *Id*. § 1692g(a)(3).

41.     A consumer can also make a "written request" that the debt collector provide her with the name and address of the original creditor, which the debt collector must do if a different creditor currently holds the debt. Id. § 1692g(a)(5).

42.     A debt collector must cease collection of a debt, by litigation or otherwise, if a consumer disputes a debt in writing within 30 days of the date he receives a Notice of Debt, until or unless the collector mails verification of the debt to the consumer. §1692g(b).

43.     Defendant communicated repeatedly with Plaintiff's counsel regarding the second alleged debt, over the last year.

44.     The initial communication between Defendant and with Plaintiff and/or his counsel occurred within the last year.

7

45.     Despite that fact, Defendant at no time provided Plaintiff a Notice of Debt as that term is defined under the FDCPA.

46.     Defendant was required to mail Plaintiff's counsel a Notice of Debt within five days of the initial communication with him regarding the second alleged debt.

47.     Defendant failed to provide Plaintiff with required information regarding his alleged debt within five days of its initial communication with Plaintiff—a "Notice of Debt" under section 1692g of the FDCPA—which would have informed Plaintiff of the amount of debt sought and the name of the alleged creditors to which he owed money, as well as his right to dispute the alleged deb and cause litigation to stop until verification was mailed to Plaintiff, by Defendant.

48.     Plaintiff experienced a concrete injury as a result of the Notice of Debt not being provided to him by Defendant, as Plaintiff would have exercised his right to request the identity of the original creditor and dispute the alleged debt in writing within 30 days of his receipt of a Notice of Debt by Defendant, which would have halted the State Action collection suit, or prevented it from proceeding altogether.

49.     Defendants' failure to provide Plaintiff a Notice of Debt thus impaired his ability to use the information, that was required to be contained therein, for a substantive purpose that the statute envisioned.

50.     Defendants' failure to provide information negatively affected Plaintiff's handling of his debts as he is to this date uncertain of the amounts which Defendant is seeking to collect from him, and the basis for and origin of the alleged debt.

51.     Defendant failed to provide Plaintiff with a timely Notice of Debt as required by section 1692g.

52.     Plaintiff would have timely disputed the alleged debt in writing had he been given notice of his rights to do so, by Defendant.

53.     Plaintiff thereafter hired and paid an attorney and appearance fee to defend him in the Second State Action, which should never have been filed as an action had already been filed to collect the same debt, as a result of Defendant's actions.

54.     Plaintiff also was forced to hire and pay an attorney to defend him in the State Action for the reason that Defendants' actions and inactions gutted his ability to dispute the alleged debt in writing and cause Defendant to cease collection and/or litigation until the alleged debt was verified, specifically due to Defendant's failure to provide him with a Notice of Debt.

55.     An unsophisticated consumer would be unable to ascertain the origin and amount of his debts, and he would have his legal right to obtain verification of the alleged debt and/or stripped, as a result of Defendant's failure to provide a Notice of Debt within five days of the initial communication with him, regarding an alleged debt.

56.     An unsophisticated consumer would also be fooled, confused, tricked, and/or deceived by Defendant's act of: filing two separate lawsuits to collect an identical alleged debt amount from Plaintiff, "serving" Plaintiff with a copy of the complaint and summons in the Second State Action via a spurious means not allowed under Illinois law, seeking to collect attorney fees that are not owed, and by serving a summons that does not advise Plaintiff of the date to appear or attend court, or the means by which to do so.

## <u>COUNT I—INDIVIDUAL COUNT—FDCPA</u>

57.     Plaintiff incorporates the foregoing paragraphs as if set out fully herein.

58.     15 U.S.C. § 1692e of the FDCPA provides as follows:

**False or misleading representations**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**

**. . . (2) The false representation of—**

> **(A)    the character, amount, or legal status of any debt; or…**
>
> **(B)    any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt.**

**. .**
**. . . (5)    The threat to take any action that cannot legally be taken or that is not intended to be taken.**

**. . . (10)    The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.**

59.    Defendant misrepresented the amount of money Plaintiff owed by filing two separate complaints for the same alleged debt, and thus misrepresented the status, character and amount of the alleged debt, in violation of 15 U.S.C. §§ 1692e, 1692e(2), and 1692e(10).

60.    Defendant misrepresented that attorney fees were due and owing from Plaintiff, and thus misrepresented the status, character and amount of the alleged debt, in violation of 15 U.S.C. § 1692e, 1692e(2), 1692e(5) and 1692e(10).

61.    Defendant misrepresented that Plaintiff was required to appear in the Second State Action by the mailing of a spurious summons and complaint, in violation of 15 U.S.C. § 1692e, 1692e(2), 1692e(5) and 1692e(10).

62.    Section 1692f of the FDCPA provides as follows:

> **A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**
> **(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.**

63.     Defendant sought to collect money from Plaintiff that was neither authorized by law nor by any agreement that created the alleged debt.

64.     Specifically, Defendant did not have the legal right to collect the second alleged debt sought via the allegations contained in the State Action complaint, in violation of 15 U.S.C. § 1692f.

65.     Defendant misrepresented that Plaintiff was required to appear in the Second State Action by the mailing of a spurious summons and complaint, in violation of 15 U.S.C. § 1692f.

66.     Defendant claimed in the Second State Action complaint that attorney fees were already due and owing, though no court has awarded said fees to Wells Fargo.

67.     No judgment has been entered in the Second State Action.

68.     No court has ever ordered Plaintiff to pay the attorney's fees that his alleged creditor alleged to have incurred in the course of collecting his alleged outstanding debt.

69.     It would have been inaccurate, then, to tell him that the debt he owed already included $350 in attorney fees—that were already owed.

70.     By telling him that his balance already included attorney fees, Defendant misrepresented to Plaintiff that he was obligated to repay both the second alleged debt and attorney fees—when it already sought said alleged debt and fees in the State Action.

11

71.     Plaintiff was not legally required to pay the $350 stated as being owed in attorney fees, and as a reasonable, unsophisticated consumer, there is no reason she would have known as much when Defendant indicated otherwise.

72.     Plaintiff was fooled into believing that he already owed attorney fees to Wells Fargo at the time the Second State Action complaint and summons were filed, as a result of Defendant's statements in the complaint.

73.     An unsophisticated consumer would be fooled into believing that he already owed attorney fees and court costs to Defendant as a result of its statement in the Second State Action complaint.

74.     Plaintiff would have sought to resolve the alleged debt to buy peace, had Defendant communicated accurate information regarding the alleged debt.

75.     Plaintiff was harmed by Defendant's actions taken in connection with the collection of the alleged debt, as he suffered physical manifestations of emotional distress, lost sleep and nausea, and lost time and money as a result.

76.     Plaintiff would not have had to pay an appearance fee and/or hire and pay an attorney had Defendant mailed him a Notice of Debt, and had Defendant told the truth about the amount he owed.

77.     Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. *Gammon v. GC Services, Ltd. Partnership*, 27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT II—CLASS COUNT— SPURIOUS SUMMONS

78.     Plaintiff incorporates the foregoing paragraphs as if set out fully herein.

79.     Defendant violated 15 U.S.C. §§ 1692e, 1692e(10), 1692f, and 1692d by serving Plaintiff with the form of summons contained in Exhibit C, as said summons does not inform Plaintiff how and by when he was required to appear in the Second State Action.

80.     The proposed class meets all requirements under 735 ILCS 5/2-801 and Fed. R. Civ. P. 23(a) and (b)(3).

81.     The Summons within Exhibit C is a form document.

82.     The Summons within Exhibit C is based on a template.

83.     The Class consists of (a) all persons in Illinois, (b) on whom Defendant served a summons in the form of that contained in Exhibit C, (c) where the summons was served between the time period starting one year prior to the filing of this action, and ending on the date of the filing of this action.

84.     Plaintiff may alter the parameters of the classes to conform to discovery.

85.     On information and belief, based on the fact that debts are assigned to collection agencies in groups of debts of similar type and vintage and not individually, the classes are so numerous that joinder of all members is impracticable.

86.     There are questions of law and fact common to the classes, which questions predominate over any questions affecting only individual class members. The predominant common questions include whether Defendants have a practice of collecting debts using the form document contained in Exhibit B.

87.     Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual theories.

88.     Plaintiff will fairly and adequately represent the members of the classes.

13

89.     Plaintiff has retained counsel experienced in the prosecution of consumer credit and debt collection claims and class actions.

90.     Plaintiff has hired counsel that has been approved as counsel in previous FDCPA class actions that have been certified.

91.     The Class consists of more than 40 persons from whom Defendant attempted to collect defaulted consumer debts by using the form of summons contained in Exhibit C.

92.     A class action is superior for the fair and efficient prosecution of this litigation. Class-wide liability is essential to cause Defendants to stop the improper conduct. Many class members may be unaware that they have been victims of illegal conduct. Congress contemplated class actions as a means of enforcing the FDCPA.

**COUNT III—CLASS COUNT—
FAILURE TO PROVIDE NOTICE OF DEBT**

93.     Plaintiff incorporates the foregoing paragraphs as if set out fully herein.

94.     Defendant violated 15 U.S.C. §§ 1692e, 1692e(10), 1692f, and 1692d and 1692g by failing to mail Plaintiff and/or his counsel a Notice of Debt within five days of the initial communication with Plaintiff,.

95.     The proposed class meets all requirements under 735 ILCS 5/2-801 and Fed. R. Civ. P. 23(a) and (b)(3).

96.     Defendants' failure to provide a Notice of Debt was made as to each member of the Class defined herein.

97.     The Class consists of (a) all persons in Illinois, (b) against which a lawsuit was filed by Defendant (c) where Defendant did not mail or otherwise provide a Notice of Debt to Plaintiff within 5 days of contacting Plaintiff via email, mailed letter or

14

telephone call regarding said lawsuit, (d) that were not sent a Notice of Debt within five days of said contact (e) during the time period that begins one year prior to the filing of this action, and ends on the date of the filing of this action.

98.     Plaintiff may alter the parameters of the classes to conform to discovery.

99.     On information and belief, based on the fact that debts are assigned to collection agencies in groups of debts of similar type and vintage and not individually, the classes are so numerous that joinder of all members is impracticable.

100.     There are questions of law and fact common to the classes, which questions predominate over any questions affecting only individual class members. The predominant common questions include whether Defendants have a practice of collecting debts without mailing a Notice of Debt within five days of the initial communication with a consumer regarding an alleged debt.

101.     Plaintiff's claims are typical of the claims of the class members. All are based on the same legal and factual theories.

102.     Plaintiff will fairly and adequately represent the members of the classes.

103.     Plaintiff has retained counsel experienced in the prosecution of consumer credit and debt collection claims and class actions.

104.     Plaintiff has hired counsel that has been approved as counsel in previous FDCPA class actions that have been certified.

105.     The Class consists of more than 40 persons from whom Defendant attempted to collect defaulted consumer debts and engaged in an initial communication in connection with the collection of said debt or alleged debt, yet failed or refused to thereafter mail a Notice of Debt within five days of said communication.

106.    A class action is superior for the fair and efficient prosecution of this litigation. Class-wide liability is essential to cause Defendant to stop the improper conduct. Many class members may be unaware that they have been victims of illegal conduct. Congress contemplated class actions as a means of enforcing the FDCPA.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and the Class, and against Defendant, as follows:

a)      Statutory damages and actual damages for Plaintiff pursuant to 15 U.S.C. § 1692k;

b)      Statutory damages and actual damages for each Class Member pursuant to 15 U.S.C. § 1692k;

c)      Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

d)      Such other or further relief as the Court deems proper.

## <u>JURY DEMAND</u>

Plaintiff demands trial by jury.

Respectfully submitted,

By: */s/ Mario Kris Kasalo*
Mario Kris Kasalo
**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison St., P.O. Box 1425
Skokie, IL 60077
tel 312.726.6160
fax 312.698.5054
mario.kasalo@kasalolaw.com

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

By: /s/ *Mario Kris Kasalo*
Mario Kris Kasalo

**EXHIBIT A**

System Generated Hearing Date: 2/20/2024 9:00 AM
Location: Court Room 0204
Judge: Allegretti, Daniel J

FILED
12/29/2023 9:27 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 12/29/2023 9:27 AM    20232004443

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SECOND DISTRICT

Wells Fargo Bank N.A.

Plaintiff

Vs.

Richard A Muelling

Defendant

No.    20232004443

## **COMPLAINT**

Now Comes Plaintiff, Wells Fargo Bank N.A., by its attorney, and complaining of Defendant(s), Richard A Muelling alleges:

1.    Plaintiff is engaged in the business, *inter alia*, of financing, with a usual place of business in West Des Moines, IA.

2.    Defendant(s) reside(s) in Cook County, Illinois.

3.    Plaintiff entered into an agreement with Defendant establishing a credit card account (the "Account"), known as Account No. 0001, on or about June 26, 2014.

4.    A copy of the terms and conditions of the account as agreed to by Defendant are attached to Plaintiff's Affidavit which is attached hereto and incorporated herein as Exhibit "A," pursuant to which Defendant received a credit card and charged goods and services to that account.

5.    There is a balance due on that account in the amount of $9,604.66, as more fully set forth on the statement attached to Plaintiff's Affidavit, which is attached herein and incorporated hereto as Exhibit "A."

6.    Due demand has been made on Defendant for payment of the sum due, and Defendant has refused and continues to refuse so to pay.

DCIL230372

FILED DATE: 12/29/2023 9:27 AM    20232004443

7.     Pursuant to the agreement, Defendant is also liable for reasonable attorneys' fees in the sum of $350.00.

8.     Plaintiff further asserts that this action is being filed within the relevant statute of limitations.

Wherefore, Plaintiff prays for judgment against Defendant(s) for the sum of $9,604.66, plus reasonable attorney fees, interest, and costs of suit.

**WELLS FARGO BANK N.A.**

By:_____
    C. Anthony Crnic
    Karyn J. Price

C. Anthony Crnic
ARDC # 6312600
Cook County # 59191
Karyn J. Price
ARDC # 6278272
Cook County # 61476
**THE SAYER LAW GROUP, P.C.**
925 E 4th St.
Waterloo, IA 50703
(319) 234-2530
tcrnic@sayerlaw.com
inquiry@sayerlaw.com

FILED DATE: 12/29/2023 9:27 AM  20232004443

Wells Fargo Bank, NA
Plaintiff

v.

CASE NUMBER:

RICHARD  A MUELLING

Defendant

## CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT
## (SUPREME COURT RULE 280.2)

**INSTRUCTIONS:** Provide the following information. Supreme Court Rule 280.1 provides the definitions of the terms in this Affidavit.

Comes now affiant, and states:

I am a designated Agent of Wells Fargo Bank, NA (Plaintiff).

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:

1.  **IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT**
    Complete the tables.

    **a**. As of charge-off date:

| Full name of the creditor | Full name of the defendant as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| Wells Fargo Bank, NA | RICHARD  A MUELLING | 0001 | 06/26/2014 | Platinum Card |

LGLCOE015 (01/2022)

**b.** The most recent activity on the account prior to or after charge-off, includes:

| Charge-off Balance | Charge-off Date | Date of Last Payment* | Amount of Last Payment | Total Amount of Credits and/or Payments Since Charge-off Date** |
|---|---|---|---|---|
| $9604.66 | 02/28/2023 | 02/22/2023 | $100.00 | $0 |

* Last payment on the account, pre- or post-charge-off.
** Credits or payments made within 30 days of the signing of this affidavit may not be reflected.

**c.** For a revolving credit account, Plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase, transaction, last payment, or balance transfer.

**2. PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS**
Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment (On or About) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☒ Does not apply – Plaintiff is the charge-off creditor.

Page **2** of **3**
RICHARD A MUELLING
Account Number Ending In 0001

FILED DATE: 12/29/2023 9:27 AM   20232004443

FILED DATE: 12/29/2023 9:27 AM   20232004443

## 3.   ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF

Plaintiff is seeking additional amounts after the charge-off date:

☒ No*

☐ Yes

        ☐ Total amount of interest accrued: $_____;

        ☐ Total amount of non-interest charges or fee accrued $_____;

        ☐ Plaintiff is seeking attorney's fees in the amount of $_____.

**Balance due and owing as of date of affidavit: $_____**

\* Costs prayed for in the Complaint will not be reflected.

Affiants may certify their statements pursuant to section 1-109 of the Code of Civil Procedure or have their signature notarized in the manner required by law.

Under penalties as provided by law under section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that [s]he verily believes the same to be true.

_Douglas J Owens_
Affiant

_Douglas J Owens_
Printed Name
Title: Loan Workout Specialist, Wells Fargo Bank, N.A.

Date: _12 / 08_ 20_23_

STATE OF IOWA        )
                         ) ss.

COUNTY OF DALLAS   )

Sworn and subscribed to me this _08_ day of _December_, 20_23_

by _Douglas J Owens_, personally known to me _X_

OR produced identification _____.

Type of identification produced: _____.

_Margaret J Schulze_
Notary Public

MARGARET J SCHULZE
Notarial Seal, Iowa
Commission Number 839804
My Commission Expires June 02, 2025

Page 3 of 3
RICHARD A MUELLING
Account Number Ending In 0001

LGLCOE015 (01/2022)

FILED DATE: 12/29/2023 9:27 AM    20232004443



# Consumer Credit Card Customer Agreement & Disclosure Statement Visa® & Visa Signature®

## TABLE OF CONTENTS

Your Contract With Us:  Section 1 : Page 1
Using Your Account:  Section 4 : Page 3
Changes To This Agreement:  Section 10 : Page 6
Fees And Interest:  Section 11 : Page 6
Billing Statements And Payments:  Section 19 : Page 9
Other Important Information:  Section 21 : Page 10
Arbitration:  Section 31 : Page 12
Your Billing Rights:  Section 32 : Page 13
Active Duty Military Servicemembers and Their Dependents:  Section 33 : Page 15
Interpreter Certification:  Section 34 : Page 16

## Notice To California Cardholders

To our California customers who have discussed credit card terms and conditions with us in Spanish, Chinese, Korean, Vietnamese, or Tagalog:

**Read Section 34 about interpreter certification before you confirm your credit card.**

**Lea la Sección 34 sobre certificación de intérprete antes de confirmar su tarjeta de crédito.**

請您在確認信用卡之前細讀第 34 節的「翻譯員認證」。

귀하의 신용카드를 확인하시기 전에 통역사 인증에 관한 34절을 읽으시기 바랍니다.

Hãy đọc Phần 34 về chứng nhận thông dịch viên trước khi quý vị xác nhận thẻ tín dụng của mình.

Basahin ang Seksyon 34 tungkol sa sertipikasyon ng interpreter bago mo kumpirmahin ang iyong credit card.

## Your Contract With Us

**(1) Agreement.** This contract for your credit card account ("Account") includes the Credit Card Agreement ("Agreement"), the Important Terms of Your Credit Card Account and future amendments to this Agreement. This Agreement is a contract between Wells Fargo Bank, N.A. and each Account holder. You and any joint Account holder accept the terms of this Agreement by using or confirming your Account. Please read this Agreement carefully and keep it for your records.

**(2) Definitions**

FILED DATE: 12/29/2023 9:27 AM    20232004443

| | |
|---|---|
| **Annual Percentage Rate (APR)** | A rate, shown as a percentage, used to calculate interest on the balance on your Account. |
| **Billing Cycle or Billing Period** | The time period between billing statements. Each billing statement shows a statement closing date which is the last day of the Billing Cycle. |
| **Balance Transfer** | The transfer of a balance from another credit account to your Account, including the use of a check that accesses your Account. Your account may not be eligible for balance transfers. |
| **Card** | Any cards we issue to you or any devices we allow you to use to access credit on your Account. |
| **Cash Advance** | Use of your Card to get cash. Examples include using your card for Cash Advances through an ATM, bank teller or Wells Fargo Online®, Overdraft Protection advances, Balance Transfers, or cash-like purchases such as money orders, wire transfers, traveler checks, foreign currency, lottery tickets, casino chips, off-track wagers, other wagers, vouchers redeemable for cash or similar items. |
| **Credit Access Device** | A device, other than your Card, like SUPERCHECKS™ and mobile devices, that we allow you to use to access credit on your Account. |
| **Credit Limit** | This is the amount that is available for your use. |
| **Important Terms of Your Credit Card Account** | A summary of your Account's APRs, fees and other important information. |
| **New Balance** | The total amount you owe as of a statement closing date. |
| **Outstanding Balance** | The sum of all unpaid amounts, including Purchases, Cash Advances, Balance Transfers, interest, fees and any other amounts that you may owe us. |
| **Payment Due Date** | The date the Minimum Payment is due. It will be at least 25 days from the statement closing date and will be provided on your billing statement. |
| **Purchase** | Use of your Account to buy or lease goods or services. Cash Advances, Balance Transfers and cash-like transactions are not Purchases. Tax payments and associated fees are Purchases. |
| **We, Us, and Our** | Wells Fargo Bank, N.A. |
| **You and Your** | The Account holder(s) who opened the Account. |

Page 2

FILED DATE: 12/29/2023 9:27 AM    20232004443

**(3) Contacting You.** You agree that we have your consent to contact you at any phone number, email address, or mailing address you provide for any Wells Fargo account or at any number that you call us from or at any number that we obtain by other means. If you provided a phone number, you agree that you own or are authorized to provide that number, and you understand that you shall indemnify us for any costs and expenses, including reasonable attorneys' fees, incurred as a result of us attempting to contact you at the number(s). Your consent allows us and any companies working on our behalf to service your account, to use any means to contact you including: automated dialing devices, prerecorded/artificial voice messages, mail, e-mail, text messages, push notifications, and calls to your cell phone, or any other data or voice transmission technology. You are responsible for any service provider charges you may incur as a result of us contacting you by any means, whether such charges are related to text, data, equipment or other plans. You will promptly notify us if you change any contact information, including your name, mailing address, e-mail addresses, or phone numbers. If you have a joint Account, a notice to one of you will serve as a notice to both of you. We may use voice recognition technology to verify your identity when you call. We may capture and store your voiceprint for this purpose. We may monitor and record any calls between you and us.

## Using Your Account

**(4) Using Your Account.** You may use your consumer credit card Account for Purchases, Balance Transfers, Cash Advances and any other transactions we allow. You promise to use your Account only for lawful personal, family, or household purposes. We reserve the right to deny transactions or authorizations from merchants who may be engaging in the internet gambling business. We are not responsible for anyone who refuses to accept your Card or any other Credit Access Device. We may decline any transaction at any time. Your credit card may not be used to make a payment on any other Wells Fargo credit account.

**Cash Advances from ATMs.** Cash Advances from ATMs may be limited by amount or frequency. The ATM owner may have additional restrictions. If the ATM owner charges any fee, that fee will be included as part of the total Cash Advance amount.

**Cash Advances for Overdraft Protection.** You may elect to have an automatic Cash Advance from your Account to cover an overdraft on a linked Wells Fargo checking account. To cover an overdraft on a linked Wells Fargo checking account, we will advance the greater of
- the amount of your overdraft; or
- $25.00
Except if
- the amount of available credit on your Card is less than the amount of the overdraft or less than $25.00, we will then advance the amount of available credit.
The APR that applies to overdraft protection advances is listed in the Important Terms of Your Credit Card Account. Overdraft protection advances and interest may cause your Account balance to exceed your credit

limit. If there is more than one person listed on the checking account (such as a joint checking account) that you have linked for overdraft protection, then:

- You will be responsible for all overdraft protection advances regardless of which person writes the check or engages in any other transaction (such as a debit card purchase) that causes the overdraft; and
- You agree to allow us to disclose to any other person on your checking account, that this Card is linked to your checking account for overdraft protection.

We reserve the right to cancel, suspend, or change your overdraft protection service at any time, for any reason.

**Credit Access Devices.** SUPERCHECKS, if available, can be used to access your Account similar to writing a check on a deposit account. SUPERCHECKS checks will post as a Balance Transfer. They will include transaction fees and interest.

Some restrictions apply to SUPERCHECKS:

- They may not be written as payment on any Wells Fargo account.
- They may be used only by the person whose name is printed on the check.
- They must be written in U.S. dollars.
- They cannot be certified.
- You cannot file a claim against the bank when you have a dispute with a merchant about payment for property or services that you paid for using a SUPERCHECKS check.
- We reserve the right to put conditions on the use of SUPERCHECKS checks and to reject, decline and return unpaid any SUPERCHECKS check or advance at our discretion.

**Third Party/Mobile Devices.** You or an authorized user may be permitted to load your credit card to an app on a smart phone, tablet or other electronic device, such as, through a mobile wallet, which could be used for purchases or other transactions without presenting the card. Any such Transactions are covered by this Agreement. We have no control over the device and cannot guarantee the performance of the device.

Additionally:

- You should protect the security of the device the same as your credit card or other valuable information.
- There may be third party fees related to the transaction such as mobile carrier data or messaging charges.
- We may, at any time, partially or fully restrict your ability to make credit transactions through a third party/mobile device. You agree to notify us promptly if you remove or want to remove your Account information from any third party/mobile device.

**(5) Authorized Users.** If you wish to have an additional Card issued in another person's name, please contact us and we will send you a Card with the name of the authorized person embossed on the front of the Card. You are responsible for payment of the entire amount owed to us, including any Purchases,

Balance Transfers or Cash Advances (and all related interest and fees) made by the authorized person.

**Ending Authorized User Privileges.** If you want to end an authorized user's privilege to use your Account, you must:

- Recover and destroy that person's Card. If you do not, you will continue to be liable for any charges made, even if you've advised us of your wish to cancel the privileges, unless you tell us to cancel all Cards and establish a new Account for you.
- You must notify us of your request by contacting us at the number on the back of your Card or by mail at Wells Fargo Bank, N.A., P.O. Box 10347, Des Moines, IA 50306-0347.

In general, an authorized person is not obligated on this Account and is not liable for any Outstanding Balance or any other charges made by you or by any other authorized person. In the event of the death of all fully liable cardholders, authorized users' privilege ends automatically. After that, if any person uses the Card, such use indicates his or her agreement to pay us, and we may, at our discretion, pursue the person for payment of any Outstanding Balance or any other charges they authorize. You agree to notify each authorized person that they are subject to all applicable sections of this Agreement.

**Information about Authorized Users.** You agree to give us certain personal information about each authorized user. You must have permission from each authorized user allowing you to give us that personal information. This may include name, address, social security number / Individual Taxpayer Identification Number, date of birth and citizenship.

**(6) Lost or Stolen Cards and Liability for Unauthorized Use, and Zero Liability Protection.** You must notify us immediately if your Card or account information is lost or stolen, or if you believe it's being used without your permission. You may contact us by phone at 800-642-4720 or in writing at Wells Fargo Bank, N.A., P.O. Box 10347, Des Moines, IA 50306-0347. You agree to assist us in our investigation of the matter. If you do this and we find you not responsible, you will not be held liable for the unauthorized use of your Account.

**(7) Promise to Pay.** When you use your Account or let someone else use it, you promise to pay the total amount of the Purchases, Cash Advances, and Balance Transfers, plus all interest, fees and other amounts that you may owe us. We may limit or close your Account, but the terms of this Agreement will apply until you pay the Account in full.

**(8) Credit Limit.** We may assign the following limits to your Account:
Cash Advance Limit. We may restrict the amount of your credit limit that can be used for Cash Advances. Your total credit limit will be provided with your Credit Card and shows on each of your billing statements. You promise to use your Account only to the limits. If you exceed your total credit limit, we may allow the transaction without increasing your total credit limit or deny the transaction. If we allow the transaction, we may treat that over limit amount as due with the minimum payment on your next statement. If you

FILED DATE: 12/29/2023 9:27 AM    20232004443

exceed the limits, you will still remain liable for all credit you receive. We can adjust your credit limit at any time, including automatic credit line increases for those who qualify.

**(9) Authorizations.** We don't guarantee approval of transactions. We reserve the right to deny transactions for any reason, such as account default, suspected fraudulent or unlawful activity, internet gambling, or any indication of increased risk related to the transaction. If you engage in abuse, misuse or gaming in connection with earning or using points or attempt to do so, we may close or restrict your Wells Fargo credit card(s). Abuse, misuse or gaming includes, but is not limited to, making multiple purchases and multiple payments during a billing cycle whereby the dollar amount for each purchase in the aggregate substantially exceeds your credit limit. We also may limit the number of authorizations we allow during a period of time.

Transactions at some merchants (such as hotels, car rental companies, restaurants, and gas stations) may result in temporary authorizations for amounts greater than the actual Purchase amount. This will make less credit available on your Account for several days, usually until the date the actual Purchase amount is received from the merchant.

If you give your credit card information to a merchant to bill your account for recurring payments, or to keep it on file for future purchases or payments, and your card number, expiration date, or security code changes, you should notify the merchant with your new card information. Some card networks provide update services and receive updated card information from Wells Fargo. Merchants that participate in such services will receive updated card information from the network for credit cards that you have provided to the merchant for recurring or future purchases or payments. We cannot tell you which merchant will receive updated card information when your card information changes. You should always provide each merchant with your new card information because some merchants do not subscribe to such network services.

## Changes To This Agreement

**(10) Change in Terms.** We may change this Agreement at any time. These changes may apply to existing and future balances. We will give you advance written notice of the changes and a right to reject the changes if required by law. We may require you to close your Account or take other actions if you reject the changes.

## Fees And Interest

**(11) Fees.** The following fees may apply to your account. If they do apply, you will find the amount in the Important Terms of Your Credit Card Account. You agree to pay any fees that apply.
- Annual Fee. If your account has an annual fee it will be charged each year your account is open. The annual fee will not be billed after your Account is closed.
- Balance Transfer Fee. This fee may be charged on a Balance Transfer transaction.
- Cash Advance Fee. This fee may be charged on a Cash Advance from your Account.

FILED DATE: 12/29/2023 9:27 AM    20232004443

FILED DATE: 12/29/2023 9:27 AM   20232004443

- Foreign Currency Conversion Fee. If you make a transaction in a foreign currency, Visa will convert it into a U.S. dollar amount. A foreign currency conversion fee may be charged when this is done.
- Late Fee. This fee may be charged each time we do not receive the required Minimum Payment due by the Payment Due Date.
- Rush Plastic Fee. This fee may be charged if you requested expedited delivery for your credit card.

Additional fees may be charged if agreed between you and us. All fees will be added to the Purchases balance, except Cash Advance fees which will be added to the Cash Advance balance on your Account.

**(12) Foreign Currency Transactions.**
If you make a transaction in a currency other than U.S. dollars using a Visa Card, then Visa International "Visa" will convert the charge into a U.S. dollar amount. The exchange rate between the transaction currency and the billing currency used for processing international transactions is either (a) a rate selected by Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Visa itself receives, or (b) the government-mandated rate in effect for the applicable central processing date. The currency conversion rate for the processing date may differ from the rate in effect on the date of the transaction or the date the transaction is posted to your Account.

**Point of Sale Conversion.** Some merchants outside the United States offer cardholders the option of having Card transactions converted to U.S. dollars by Visa, as described above, or by the merchant itself. If the latter option is chosen, the currency conversion rate is determined solely by the merchant involved in the transaction, and no foreign currency conversion fee is charged by the bank for the transaction.

**(13) Rates.** The following sections describe how we calculate the interest you owe each Billing Period. The Important Terms of Your Credit Card Account list the APRs that apply to different types of balances.

**Introductory Rates.** Your account may be eligible for introductory rates. This would be described in the Important Terms of Your Credit Card Account. If you are offered a promotional rate after your account is opened, the terms will be provided at that time. After any introductory or promotional rates expire, the remaining balances will be subject to the applicable Standard or Standard Variable APR terms.

**How we Calculate your Standard Variable APRs.**
If your account has a variable rate the APR will vary based on the U.S. Prime Rate plus the applicable "Margin". See the Important Terms of Your Credit Card Account for the "Margin" on Purchases, Balance Transfers, Cash Advances, and overdraft protection advances, and daily periodic rates that apply to your Account. For each Billing Period, we use the U.S. Prime Rate or the average of the U.S. Prime Rates (if there is more than one) published in the "Money Rates" column of *The Wall Street Journal* three business days prior to your billing statement closing date. If the U.S. Prime Rate is no longer published or is not available, we may select a similar index. A change in the APR

FILED DATE: 12/29/2023 9:27 AM   20232004443

may increase or decrease the total amount of interest you pay and your Minimum Payment due. If the APR changes due to a change in the U.S. Prime Rate, the new APR will apply to both existing and future balances on the first day of your Billing Cycle. The APR will continue to vary even if your Account is closed.

**Standard APRs.** If your Account is subject to Standard APRs, the Standard APRs will not vary with the market based on the U. S. Prime Rate. However, we may change the Standard APRs from time to time in accordance with the Change In Terms information described in section 10. The rates that apply to your account are listed in the Important Terms of Your Credit Card Account.

**Daily Periodic Rates.** The daily periodic rates are calculated by dividing each applicable APR by 365.

**(14) Minimum Interest Charge.** Your account may have a Minimum Interest Charge. See The Important Terms of Your Credit Card Account for the applicable charge.

**(15) When we Charge Interest.** For most transactions, interest will be charged beginning on the date a transaction is made on your account. We charge interest on a fee beginning on the first day of the Billing Cycle following the Billing Cycle in which the fee posted to your Account.

**(16)  Here's how and when specific Transactions, fees and credits are applied:**
- We add the amount of a Purchase or Balance Transfer to the Purchase balance as of the transaction date shown on your statement.
- We add Balance Transfer fees to the Purchase balance as of the transaction date shown on your statement.
- We add the amount of a Cash Advance to the Cash Advance balance as of the transaction date shown on your statement.
- We add Cash Advance Fees to the Cash Advance balance as of the transaction date shown on your statement.
- We add the amount of any Overdraft Protection advance to the Cash Advance balance as of the transaction date shown on your statement.

**(17) How we Calculate Interest.** We begin by calculating the daily balance of each Transaction category. Next we calculate the Average Daily Balance (ADB). Finally, we calculate the interest. See each section below for details.

1. **Calculating the daily balance:** the daily balance is calculated separately for each Transaction category. We start with the daily balance from the end of the previous day. We add in any new Transactions and other charges, including interest accrued on the previous day's balance. This means interest is compounded daily. We then subtract any payments or credits.

   Example for the Purchase Transaction category:
   Daily balance for purchases from the previous day
   + New purchases
   + Fees and interest accrued on the previous day's Transaction category balance

- Payments, credits and adjustments that posted that day
**= New daily balance for Purchases**

2. **Calculating the Average Daily Balance (ADB):** we add up all the daily balances for the Billing Cycle starting with the beginning balance of the first day of the Billing Cycle. This beginning balance will include any unpaid fees from the previous Billing Cycle and any late fees incurred during the current Billing Cycle. Any daily balance that is a credit balance is treated as zero. We divide this amount by the number of days in the Billing Cycle.

ADB = sum of daily balances ÷ number of days in the Billing Cycle

3. **Interest Calculation:** we calculate the interest charge for each type of balance by applying the daily periodic rate to the ADB and multiplying this by the number of days in the Billing Cycle.

Interest Charge = daily periodic rate x ADB x number of days in Billing Cycle

**(18) Grace Period.** To avoid paying interest on new Purchases you have to pay your entire New Balance by the Due Date on your statement each Billing Period. You cannot avoid interest on Cash Advances or Balance Transfers. Your due date will be at least 25 days from the statement closing date and will be provided on your billing statement.

## Billing Statements And Payments

**(19) Billing Statements.** If you have a balance on your account you will receive a billing statement. Your billing statement will show your Minimum Payment due and the Payment Due Date.

**(20) Payments.** You may pay all or part of your Account balance at any time, but you **must** pay the Minimum Payment, disclosed on your billing statement, by the Payment Due Date.

**Minimum Payment.** Your Minimum Payment Due includes any amount past due plus the greater of:

1. The sum of late, rush plastic, and annual fees and interest billed during the Billing Cycle for which the Minimum Payment is calculated plus 1% of the New Balance shown on the billing statement; or
2. $25.00 (or the entire balance on the Account if the New Balance is less than $25.00).

We require you to pay any amount over the limit of your credit card account. However, that amount is not included in your Minimum Payment Due.

The Minimum Payment is rounded-up to the next highest whole dollar amount. Credits will not be used to meet the Minimum Payment.

**Payment Instructions.** Follow these instructions when making a payment:

1. You must pay in U.S. dollars.
2. Payment must be made with a personal check, money order or cashier's check and must be issued by a bank in the United States.

FILED DATE: 12/29/2023 9:27 AM 20232004443

3. Electronic payments are accepted.
4. Do not mail cash.

If you mail your payment, please mail to the payment address provided on your billing statement using the envelope and payment coupon enclosed. Payments received by 5:00 p.m. at the location your payment is mailed to will be credited as of the date of receipt. If received after 5:00 p.m. they will be credited on the following day. Payments made through Wells Fargo Online at wellsfargo.com will be credited based on the cutoff time disclosed at the time of the transaction. If you do not follow these instructions your payment may not be credited for up to five days after we receive it.

Checks or other paper documents may be converted to an electronic transaction through procedures established by the National Automated Clearing House Association. In this case, the original check or other document that you send to us will not be retained, but a copy would be available if requested.

Some of your available line of credit may be held, at our discretion, until your payment is honored.

You cannot pay this account using a Wells Fargo Bank, N.A. credit or loan account or any Wells Fargo affiliated company credit or loan account. You cannot use any SUPERCHECKS checks to make any payment on this Account.

Generally, we will apply your Minimum Payment first to lower APR balances (such as Purchases) before balances with higher APRs (such as Cash Advances). Payments made in excess of the Minimum Payment will be applied to balances with higher APRs first before balances with lower ones.

We post payments to the Billing Cycle within which they are received. Any payment in excess of the Minimum Payment due is applied based on the balances reflected on your last billing statement.

**Irregular Payments.** If you intend to pay your Account in full with an amount less than the Outstanding Balance, payments must be sent to: Wells Fargo Bank, N.A., P.O. Box 10311, Des Moines, IA 50306-0311. Please note that if we accept such payments we have every right to pursue full payment.

## Other Important Information
**(21) Default / Immediate Repayment of Balance in Full.** Your Account will be in default, and we may require immediate payment of your total Account if:
- You fail to pay a Minimum Payment by the Payment Due Date;
- Any payment is returned;
- You don't honor the terms of this Agreement;
- You made an untrue statement on your application; OR
- You file for bankruptcy.

If this is a joint Account, a default by one of you will be a default by all of you.

We may prevent further transactions and we may close your Account and other Wells Fargo Accounts. If your account is in default you agree to pay our collection

FILED DATE: 12/29/2023 9:27 AM   20232004443

costs, attorney's fees, and court costs incurred in enforcing our rights under this agreement.

**(22) Re-Verification of Credit Information.** We can review any information you provided on your credit application at any time. This may include:
- Requesting credit bureau reports;
- Verifying your current credit standing;
- Verifying your employment, assets and income records.

**(23) California Residents.** We may also obtain information at any time from the California Department of Motor Vehicles. You agree to waive the address confidentiality requirements section of the California Vehicle Code (Section 1808.21).

**(24) Cancellation.** We may close your Account at any time and for any reason. You may also close the Account at any time. If that happens, you must still repay the balance owed according to the terms of this Agreement. Joint Accounts may be canceled by either Account Holder. If we close the account, notice may be provided to only one Account Holder.

**(25) Separation of Unlawful Provisions.** If any provision of this Agreement is found to be unenforceable, all other provisions of the Agreement will remain in effect.

**(26) Enforcement Rights.** We may waive or delay enforcing any of our rights without losing them. A court decree for divorce or separation or an out-of-court mutual agreement does not affect any of our rights to enforce this Agreement.

**(27) Phone Monitoring.** We may monitor and record any of your phone calls with us.

**(28) Information Reporting.** We may report information about you to consumer reporting agencies. The information that we report to consumer reporting agencies may include:
- Account history;
- Account performance;
- Account status;
- Any violations of your account; and
- Any violations of the terms of this Agreement.

The same information may be reported to the consumer reporting agencies for any additional card holders. You may dispute the accuracy of the information that we report to consumer reporting agencies by writing to us at Wells Fargo Bank, N.A., P.O. Box 14517, Des Moines, IA 50306-3517. Please describe the information in detail that you believe is inaccurate and provide any supporting documents with your dispute. If your dispute relates to identity theft, you will need to provide us with an identity theft report.

**(29) Assignment.** We may assign your Account and any or all rights and obligations under the Agreement to a third party. You may not assign your Account or any of your obligations under the Agreement.

**(30) Governing Law.** Federal law and the laws of South Dakota govern this Agreement and your account.

FILED DATE: 12/29/2023 9:27 AM    20232004443

# Arbitration

**(31) Dispute Resolution Program: Arbitration Agreement.**

a. **Binding Arbitration.** You and Wells Fargo Bank, N.A. (the "Bank") agree that if a Dispute arises between you and the Bank, upon demand by either you or the Bank, the Dispute shall be resolved by the following arbitration process. The foregoing notwithstanding, the Bank shall not initiate an arbitration to collect a consumer debt, but reserves the right to arbitrate all other disputes with its consumer customers. A "Dispute" is any unresolved disagreement between you and the Bank. It includes any disagreement relating in any way to the Card or related services, Accounts, or matters; to your use of any of the Bank's banking locations or facilities; or to any means you may use to access the Bank. It includes claims based on broken promises or contracts, torts, or other wrongful actions. It also includes statutory, common law, and equitable claims. A Dispute also includes any disagreements about the meaning or application of this Arbitration Agreement. This Arbitration Agreement shall survive the payment or closure of your Account. **YOU UNDERSTAND AND AGREE THAT YOU AND THE BANK ARE WAIVING THE RIGHT TO A JURY TRIAL OR TRIAL BEFORE A JUDGE IN A PUBLIC COURT.** As the sole exception to this Arbitration Agreement, you and the Bank retain the right to pursue in small claims court any Dispute that is within that court's jurisdiction. If either you or the Bank fails to submit to binding arbitration following lawful demand, the party so failing bears all costs and expenses incurred by the other in compelling arbitration.

b. **Arbitration Procedure; Severability.** Either you or the Bank may submit a Dispute to binding arbitration at any time notwithstanding that a lawsuit or other proceeding has been previously commenced. **NEITHER YOU NOR THE BANK SHALL BE ENTITLED TO JOIN OR CONSOLIDATE DISPUTES BY OR AGAINST OTHERS IN ANY ARBITRATION, OR TO INCLUDE IN ANY ARBITRATION ANY DISPUTE AS A REPRESENTATIVE OR MEMBER OF A CLASS, OR TO ACT IN ANY ARBITRATION IN THE INTEREST OF THE GENERAL PUBLIC OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.** Each arbitration, including the selection of the arbitrator(s), shall be administered by the American Arbitration Association (AAA), or such other administrator as you and the Bank may mutually agree to (the AAA or such other mutually agreeable administrator to be referred to hereinafter as the "Arbitration Administrator"), according to the Commercial Arbitration Rules and the Supplemental Procedures for Consumer Related Disputes ("AAA Rules"). To the extent that there is any variance between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement shall control. Arbitrator(s) must be members of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the Dispute. You and the Bank (the "Parties") agree that in this relationship: (1) The Parties are participating in transactions involving interstate commerce; and (2) This Arbitration Agreement and any resulting arbitration are governed by the

provisions of the Federal Arbitration Act (Title 9 of the United States Code), and, to the extent any provision of that Act is inapplicable, unenforceable or invalid, the laws of the state of South Dakota. If any of the provisions of this Arbitration Agreement dealing with class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, that invalid provision shall not be severable and this entire Arbitration Agreement shall be unenforceable.

c. **Rights Preserved.** This Arbitration Agreement does not prohibit the Parties from exercising any lawful rights or using other available remedies to preserve, foreclose, or obtain possession of real or personal property; exercise self-help remedies, including setoff and repossession rights; or obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or the appointment of a receiver by a court of competent jurisdiction. Any statute of limitations applicable to any Dispute applies to any arbitration between the Parties. The provisions of this Arbitration Agreement shall survive termination, amendment, or expiration of the Card or any other relationship between you and the Bank.

d. **Fees and Expenses of Arbitration.** Arbitration fees will be determined by the rules or procedures of the Arbitration Administrator, unless limited by applicable law. Please check with the Arbitration Administrator to determine the fees applicable to any arbitration you may file. If the applicable law of the state in which you opened your Account limits the amount of fees and expenses to be paid by you, then no allocation of fees and expenses to you shall exceed this limitation. Bank will pay any costs that are required to be paid by it under the Arbitration Administrator's rules and procedures, and subject to applicable law. If the arbitrator rules in your favor on any claim presented, the Bank will reimburse you for arbitration filing fees you have paid up to $700.00. Unless applicable law states otherwise, each party will pay their own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

e. **Military Lending Act.** The Arbitration Agreement may not apply to you if you are a covered borrower. Please see The Military Lending Act Notice in the Agreement for more information.

## Your Billing Rights

**Keep This Notice For Future Use.** This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

**(32) What To Do If You Find a Mistake on Your Statement.** If you think there is an error on your statement, write to us at:
Wells Fargo Bank, N.A.
P.O. Box 522
Des Moines, IA 50306-0522

In your letter, give us the following information:
- Your name and Account number;
- The date and dollar amount of the suspected error.
- If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

FILED DATE: 12/29/2023 9:27 AM    20232004443

FILED DATE: 12/29/2023 9:27 AM  20232004443

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing at the address above. You may notify using other ways (including telephone), but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter.**

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

FILED DATE: 12/29/2023 9:27 AM    20232004443

After we finish our investigation, one of two things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.  If we do not follow all of the rules above, you do not have to pay the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.**  If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the Purchase.
To use this right, all of the following must be true:

1. The Purchase must have been made in your home state or within 100 miles of your current mailing address, and the Purchase price must have been more than $50. (Note: Neither of these are necessary if your Purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the Purchase. Purchases made with Cash Advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the Purchase.

If all of the criteria above are met and you are still dissatisfied with the Purchase, contact us in writing at:
Wells Fargo Bank, N.A.
P.O. Box 522
Des Moines, IA 50306-0522

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Active Duty Military Servicemembers and Their Dependents

**(33)  The Military Lending Act Notice:**  Federal Law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the costs of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include,

as applicable to the credit transaction or account: the cost associated with credit insurance premiums, fees for ancillary products sold in connection with the credit transaction, any application fee charged (other than certain application fees for specified credit transactions or accounts), and any participation fee charged (other than certain participation fees for a credit card account).

You may contact us at 1-844-309-0044 for information about the Military Annual Percentage Rate and a description of your payment obligation.

The Arbitration Agreement does not apply to you if you are covered by the Military Lending Act nor do any provisions that waive any right to legal recourse under any state or federal law to the extent required by the Military Lending Act.

## Interpreter Certification

**(34) Interpreter Certification. If you choose to discuss your credit card account with us in Spanish, Chinese, Korean, Vietnamese, or Tagalog, please read the following.**
By signing, using or confirming the credit card issued to you, you certify to us that:
- You have discussed the Customer Agreement and Disclosure Statement with your interpreter and have been given the opportunity to discuss and negotiate with us the terms and conditions contained in these documents.
- Your interpreter is at least 18 years old and is fluent in both English and in the language in which you chose to discuss with us the terms and conditions of your credit card Account.
- You understand and agree to the terms and conditions contained in these enclosed documents.

## Certificación de Intérprete

**(34) Certificación de Intérprete. Si usted opta por conversar sobre su cuenta de tarjeta de crédito con nosotros en español, chino, coreano, vietnamita o tagalo, lea lo siguiente.**
Al firmar, utilizar o confirmar la tarjeta de crédito emitida a su nombre, usted certifica ante nosotros que:
- Usted ha analizado el Contrato del Cliente y Declaración de Divulgación con su intérprete, y que usted y su intérprete han tenido la oportunidad de analizar y negociar con nosotros los términos y condiciones contenidos en estos documentos.
- Su intérprete tiene por lo menos 18 años de edad y habla con fluidez tanto en inglés como en el idioma que usted haya elegido para conversar con nosotros sobre los términos y condiciones de su Cuenta de tarjeta de crédito.
- Usted entiende y está de acuerdo con los términos y condiciones contenidos en estos documentos adjuntos.

FILED DATE: 12/29/2023 9:27 AM   20232004443

翻譯員認證

(34) 翻譯員認證。如果您選擇以西班牙語、中文、韓語、越南語或菲律賓語與我們討論信用卡帳戶相關事宜，請閱讀以下內容。

一旦您簽署、使用或確認核發給您的信用卡，即表示您向我們證明：

- 您已經與您的翻譯員討論過《客戶協議》與《披露聲明》，並且有機會與我們討論和協商這些文件中的條款和條件。

- 您的翻譯員至少年滿 18 歲，並具有流利的英語能力且深諳您所選與我們討論您的信用卡帳戶條款和條件的語言。

- 您理解並同意遵守所附這些文件中的條款和條件。

통역사 인증

(34) 통역사 인증. 통역사 인증. 귀하의 신용카드 계좌에 관한 사항을 스페인어, 중국어, 한국어, 한국어, 베트남어 또는 타갈로그어로 저희와 논의하기로 하신 경우, 다음 사항을 읽어 주십시오

귀하에게 발급된 신용카드에 서명하거나 사용 또는 확인함으로써, 귀하는 저희에게 다음 사항을 증명하게 됩니다.

- 귀하는 귀하의 통역사와 함께 고객 동의서 및 공개 진술서에 관해 논의하였으며 이러한 문서에 포함된 약관을 저희와 논의하고 협상할 기회를 가졌습니다

- 귀하의 통역사는 18세 이상이며 영어뿐만 아니라 귀하가 신용카드 계좌 약관에 관해 저희와 논의할 때 사용하시기로 선택하신 언어에 모두 능통합니다

- 귀하는 첨부된 이러한 문서에 포함된 약관을 이해하였으며 이에 동의합니다

**Xác Nhận Về Người Thông Dịch**

**(34) Xác Nhận Về Người Thông Dịch Nếu quý vị chọn thảo luận trương mục thẻ tín dụng của mình với chúng tôi bằng tiếng Tây Ban Nha, tiếng Trung, tiếng Hàn, tiếng Việt hoặc Tagalog, vui lòng đọc phần sau đây.**

Bằng việc ký, sử dụng hoặc xác nhận thẻ tín dụng đã cấp cho quý vị, quý vị chứng nhận với chúng tôi rằng:

- Quý vị đã thảo luận với thông dịch viên của mình về Thỏa Thuận Khách Hàng và Tuyên Bố Tiết Lộ Thông Tin và đã có cơ hội trao đổi và thương lượng với chúng tôi về các điều khoản và điều kiện nêu trong những tài liệu này.

- Thông dịch viên của quý vị tối thiểu 18 tuổi và thông thạo cả tiếng Anh lẫn ngôn ngữ mà quý vị đã chọn sử dụng để thảo luận với chúng tôi về các điều khoản và điều kiện liên quan đến trương mục thẻ tín dụng của quý vị.

- Quý vị hiểu và đồng ý với các điều khoản và điều kiện được nêu trong những tài liệu đính kèm này.

**Sertipikasyon ng Tagapagsaling-wika**

**(34) Sertipikasyon ng Tagapagsaling-wika. Kung pipiliin mong talakayin ang iyong credit card account sa amin sa wikang Spanish, Chinese, Korean, Vietnamese, o Tagalog, pakibasa ang sumusunod.**

FILED DATE: 12/29/2023 9:27 AM   20232004443

FILED DATE: 12/29/2023 9:27 AM   20232004443

Sa pamamagitan ng paglagda, paggamit o pagkumpirma sa credit card na ibinigay sa iyo, pinatototohanan mo sa amin na:

- Tinalakay mo ang Kasunduan ng Kostumer at ang Pahayag ng Pagsisiwalat sa iyong tagapagsaling-wika at nabigyan ka ng pagkakataong talakayin at makipagkasundo sa amin sa mga tuntunin at kundisyong nilalaman ng mga dokumentong ito.

- Ang iyong tagasaling-wika ay wala pang 18 taong gulang at lubos na marunong sa Ingles at sa wika na napili mo para talakayin sa amin ng mga tuntunin at kundisyon ng iyong credit card Account.

- Nauunawaan at sinasang-ayunan mo ang mga tuntunin at kundisyong nakasaad sa mga nakalakip na dokumentong ito.

FILED DATE: 12/29/2023 9:27 AM   20232004443

This panel intentionally left blank.

FILED DATE: 12/29/2023 9:27 AM   20232004443

**Wells Fargo Bank, N.A.**
P.O. Box 10347, Des Moines, IA 50306-0347
1-800-642-4720
We accept all relay calls, including 711

Core/VS 08/22

M-135715
LS WF78

FILED DATE: 12/29/2023 9:27 AM    20232004443

## WELLS FARGO

## VISA

| | |
|---|---|
| Account Number | |
| Statement Billing Period | Ending in 0001 |
| Page 1 of 2 | 02/08/2023 to 02/28/2023 |

### Balance Summary

| | |
|---|---|
| Previous Balance | $9,704.66 |
| — Payments | $100.00 |
| — Other Credits | $9,604.66 |
| + Cash Advances | $0.00 |
| + Purchases, Balance Transfers & Other Charges | $0.00 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| = New Balance | $0.00 |

| | | | |
|---|---|---|---|
| Total Credit Limit | $6,000 | Total Available Credit | $0 |

24-Hour Customer Service:       1-800-642-4720
We accept all relay calls, including 711
Outside the US Call Collect:      1-925-825-7600
Wells Fargo Online®.                  wellsfargo.com

Send General Inquiries To:
PO Box 10347, Des Moines IA, 50306-0347

### Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment | $0.00 |
| Payment Due Date | 03/04/2023 |

### Important Information

YOUR ANNUAL PERCENTAGE RATES FOR PURCHASES, BALANCE TRANSFERS AND CASH ADVANCES
(INCLUDING OVERDRAFT PROTECTION ADVANCES IF AVAILABLE FOR YOUR ACCOUNT) ARE SUBJECT TO A
MAXIMUM APR OF 29.99%

### Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| 02/22 | 02/22 | 74465391M36HHJVDS | ONLINE PAYMENT      THANK YOU | 100.00 | |
| | | TOTAL PAYMENTS FOR THIS PERIOD | | $100.00 | |
| **Other Credits** | | | | | |
| 02/28 | 02/28 | F5581001V00999990 | CHARGE OFF ACCOUNT-PRINCIPALS | 7,879.99 | |
| 02/28 | 02/28 | F5581001V00999990 | CHARGE OFF ACCOUNT *FINANCE CHARGES* | 1,724.67 | |
| | | TOTAL OTHER CREDITS FOR THIS PERIOD | | $9,604.66 | |
| **Fees Charged** | | | | | |
| | | TOTAL FEES CHARGED FOR THIS PERIOD | | | $0.00 |
| **Interest Charged** | | | | | |
| | | INTEREST CHARGE ON PURCHASES | | | 0.00 |
| | | INTEREST CHARGE ON CASH ADVANCES | | | 0.00 |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | $0.00 |

| 2023 Totals Year-to-Date | |
|---|---|
| TOTAL FEES CHARGED IN 2023 | $80.00 |
| TOTAL INTEREST CHARGED IN 2023 | $309.84 |

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT          Continued ➤

5596        YKG        1    3  5    230228  0      2 X PAGE 1 of 2      1 0  5581  6540  C11O  01DP5596

| | |
|---|---|
| Account Number | 0001 |
| New Balance | $0.00 |
| Minimum Payment | $0.00 |
| Payment Due Date | 03/04/2023 |



Amount Enclosed   $

RICHARD A MUELLING
428 S DELPHIA AVE
PARK RIDGE IL 60068-4570

WELLS FARGO CARD SERVICES          YKG
PO BOX 51193                                          4
LOS ANGELES CA 90051-5493

FILED DATE: 12/29/2023 9:27 AM   20232004443

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Billing Rights Summary.** If you believe your bill is wrong (an "Error"), or if you need more information about a transaction on your bill, write to us on a separate sheet of paper as soon as possible at: P.O. Box 522, Des Moines, IA 50306-0522. We must hear from you no later than 60 days after we sent you the first bill on which the Error appeared. You may notify us using other means (including calling us at the number listed on the front of the statement), but doing so will not preserve your rights.

In your letter (a "Written Notice"), provide the following information:
- Your name and account number.
- The dollar amount of the suspected Error.
- Description of the Error and why you believe there is an Error. If you need more information, please describe the item you are not sure about.

You do not have to pay any alleged Error amount while we are investigating, but you are still obligated to pay the parts of your bill that are not part of the alleged Error amount. While we investigate, we cannot report you as delinquent or take any action to collect the alleged Error amount. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you believe is an Error. To stop the payment, your Written Notice must reach us three (3) business days before the automatic payment is scheduled to occur.

*Special Rule for Credit Card Purchases:* If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address and you have not paid the balance of the disputed charge. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**Credit Information.** NOTICE: We may furnish information about your account to consumer reporting agencies. You have the right to dispute the accuracy of information that we have reported by writing to us at P.O. Box 14517, Des Moines, IA 50306-3517 and describing the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that you believe relates to an identity theft, you will need to provide us with an identity theft report.

Payments made on the last day of the statement cycle will be applied to your account on that day but may not appear on your monthly billing statement or credit report until the following statement cycle.

**Payments.** "Conforming Payments" are payments mailed using the enclosed payment coupon to the payment address specified on the statement or, generally, made via the "Transfers" tab or "Make a Payment" link on the credit card Account Activity tab of Wells Fargo Online Banking at "https://www.wellsfargo.com". Conforming Payments received via mail by 5:00 p.m. will be credited as of the date of receipt. Conforming Payments received after 5:00 p.m. will be credited as of the next day. Cut-off times for Conforming Payments made via our Website will be disclosed at the time of the transaction. "Non-Conforming Payments" are payments made by any other means and may not receive credit for up to five days after the date of receipt. Non-Conforming payments include, but are not limited to, payments by certified mail, FedEx or UPS, or envelopes addressed illegibly.

*Notice About Electronic Check Conversion:* When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*Payment in Full for Less Than Account Balance Request:* If you intend to pay your account in full with an amount less than the total owed on your account, you must send your request to us at: P.O. Box 10311, Des Moines, IA 50306-0311. Such payments will not discharge your full debt.

**How We Calculate Your Balance.** We use a method called "average daily balance (including new purchases)". For more information regarding this calculation, please refer to your Credit Card Account Agreement or call our toll-free Customer Service number on the front of this statement.

**How to Avoid Paying Interest on Purchases.** Your Payment Due Date is at least 25 days after the close of each billing period. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date.

To manage your account, including card payments, alerts and changes of address, visit **wellsfargo.com** or call the customer service number which appears on your account statement.

**Customer Service Monitoring.** Calls may be recorded or monitored.

O1DP5595 - 01/04/2023
© 2022 Wells Fargo Bank, N.A. All rights reserved.

FILED DATE: 12/29/2023 9:27 AM   20232004443

**WELLS FARGO**

*VISA*

Account Number
Statement Billing Period
Page 2 of 2

Ending in 0001
02/08/2023 to 02/28/2023



## Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge |
|---|---|---|---|---|
| PURCHASES | 19.65% variable | $0.00 | 21 | $0.00 |
| CASH ADVANCES | 28.49% variable | $0.00 | 21 | $0.00 |

## Wells Fargo News

**Do we have your correct mobile phone number?**

Don't miss suspicious-activity notifications, time-sensitive information, or critical account updates. Make sure we can reach you if we detect unusual activity on your account, or need to contact you to verify transactions. Sign in or log on to wellsfargo.com/online-banking and verify your mobile phone number on the Contact Information page.



**WELLS FARGO CREDIT CARD**
Account ending in 0001
Statement Period 11/10/2023 to 12/06/2023
Page 1 of 3

*VISA*

FILED DATE: 12/29/2023 9:27 AM   20232004443

**Wells Fargo Online®:**    wellsfargo.com
24-hour Customer Service:    1-800-642-4720
We accept all relay calls, including 711
Outside the US call collect:    1-925-825-7600

Send general inquiries to:
Wells Fargo, PO Box 10347, Des Moines IA 50306-0347

### Payment

| | |
|---|---|
| Payment Due Date | 12/04/2023 |
| Minimum Payment | $4,249.00 |
|    Includes Past Due Amount of $3,769.00 | |
| Overlimit Amount | $3,604.66 |
| Total Amount Due | $7,853.66 |
| New Balance | $9,604.66 |

**Late Payment Warning:** If we do not receive your Minimum Payment by 12/04/2023, you may have to pay a late fee up to $0.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 0 month(s) | $0 |

If you would like information about credit counseling services, refer to
**www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111** or call **1-866-464-6322.**

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $9,604.66 | Total Credit Limit | $6,000 |
| – Payments | $0.00 | Total Available Credit | $0 |
| -- Other Credits | $0.00 | | |
| + Cash Advances | $0.00 | | |
| + Purchases, Balance Transfers & Other Charges | $0.00 | | |
| + Fees Charged | $0.00 | | |
| + Interest Charged | $0.00 | | |
| = New Balance | $9,604.66 | | |

### Transactions

| Card Ending in | Trans Date | Post Date | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|---|

**Fees Charged**

| | |
|---|---|
| TOTAL FEES CHARGED FOR THIS PERIOD | $0.00 |

**Interest Charged**

| | |
|---|---|
| INTEREST CHARGE ON PURCHASES | 0.00 |
| INTEREST CHARGE ON CASH ADVANCES | 0.00 |
| TOTAL INTEREST CHARGED FOR THIS PERIOD | $0.00 |

| 2023 Totals Year-to-Date | |
|---|---|
| TOTAL FEES CHARGED IN 2023 | $80.00 |
| TOTAL INTEREST CHARGED IN 2023 | $309.84 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT     Continued ➔

5596    YKG    1   3   5   231206 0    Z X PAGE 1 of 3    1 0 5581 6540 CRGZ 01DP5596

Detach and mail with payable to Wells Fargo. For faster processing, include your account number on your check.



| | |
|---|---|
| Account Number | 0001 |
| Payment Due Date | 12/04/2023 |
| Minimum Payment | $4,249.00 |
|    includes Past Due Amount of $3,769.00 | |
| Overlimit Amount | $3,604.66 |
| Total Amount Due | $7,853.66 |
| New Balance | $9,604.66 |

Amount Enclosed   $ 

RICHARD A MUELLING
428 S DELPHIA AVE
PARK RIDGE IL 60068-4570

WELLS FARGO CARD SERVICES    YKG
PO BOX 51193    4
LOS ANGELES CA 90051-5493

FILED DATE: 12/29/2023 9:27 AM    20232004443

## Important Information About Your Account

1. **What are your billing rights?**
   **Addressing Errors and Transaction Disputes**
   If you believe that your bill is wrong ("error") or you need more information about a transaction on the statement, contact us as soon as possible. We must hear from you within 60 days after we sent you the first bill that your error appeared on.

   In order to keep your billing rights, you must write to us. While you can call us at the phone number listed on your statement or contact us in another way, doing so will not preserve your billing rights.

   Follow these steps when contacting us:
   1. Write a letter ("Written Notice") about the error or transaction question you have. Include the following details:

   | Written Notice Topic | Details to Include |
   |---|---|
   | Errors | • Your name<br>• Your account number<br>• Dollar amount of the suspected error<br>• Description of the error and why you believe it is wrong |
   | Transaction Questions | • Your name<br>• Your account number<br>• Description of the transaction in question |

   2. Mail your Written Notice to the following address:
      Wells Fargo Bank, N.A.
      P.O. Box 522
      Des Moines, IA 50306-0522

   **Bill Payments During an Investigation**
   • **Suspected Error Amounts**
   While we are investigating your suspected error amount, you do not have to pay that amount. But you must still pay the rest of your bill that is not part of the error. We also cannot report you as late or take any action to collect your suspected error amount during our investigation.
   • **Automatic Bill Payments**
   You can stop authorized automatic payments for your credit card bill on the amount you believe is an error. To do so, we must receive your Written Notice within three business days before the scheduled automatic payment happens.
   **Addressing Quality of Goods – Special Rule for Credit Card Purchases**
   If you purchased a good or service with your credit card and have a problem with the quality, you may not have to pay your remaining amount on the good or service. To qualify, you must have tried in good faith to correct the problem with the merchant. If we own or operate the merchant, or we mailed you an advertisement for the property or services, then we will cover all purchases. Otherwise, the following three details must apply in order to have this protection:
   1. The purchase must cost more than $50.
   2. You must have made the purchase in your home state or within 100 miles of your mailing address.
   3. You must have a balance left on the charge you are disputing. For example, the good cost $1000, and you already paid $700, leaving $300 left to pay.

2. **How do we use your credit information?**
   We may provide information about your account to consumer reporting agencies. You have the right to dispute the accuracy of information that we report. To do so, take these steps:
   1. Write a letter to us that describes the specific information that is not correct or that you are disputing, as well as any supporting documents.
   2. Mail your letter to us at the following address:
      Wells Fargo Bank, N.A.
      P.O. Box 14517
      Des Moines, IA 50306-3517
   If the information relates to identity theft, you will need to provide us with an identity theft report.

3. **When do we process payments?**
   We process payments in different ways depending on whether you make Conforming– or Non-Conforming Payments.
   • **Conforming Payments**
   "Conforming Payments" are payments that you either:
   • Mail to us using the enclosed payment coupon to the payment address listed on your statement or
   • Make via the "Transfer" tab or "Make a Payment" link on the Wells Fargo Online Banking credit card Account Activity tab at: www.wellsfargo.com.

   | When We Receive the Payment | When We Credit Your Account |
   |---|---|
   | **In the mail by 5:00 p.m. local time** | The date that we receive your payment |
   | **In the mail after 5:00 p.m. local time** | The next day |
   | **Through our Website or Mobile App** | We will disclose this detail when you make your transaction. |

   • **Non-Conforming Payments**
   "Non-Conforming Payments" are payments that you make in any other way, such as:
   • Certified mail
   • FedEx or UPS
   • Envelopes with addresses that are not clear enough to read
   Non-Conforming Payments may not receive credit for up to five days after the date that we receive it.
   **Payments Made on Last Day of Statement Cycle**
   When you make payments to your account on the last day of the statement cycle, we apply those payments on that day. However, these payments may not appear on your monthly billing statement or credit report until the next statement cycle.

4. **What does a check payment authorize?**
   When you pay with a check, you authorize us to do either of the following:
   • Use your check information to make a one-time electronic fund transfer from your account. In this scenario, we may withdraw the funds from your account as soon as the same day we receive your payment. You also will not get your check back from your financial institution.
   • Process the payment as a check transaction.

5. **How do you pay your Account with an amount less than you owe?**
   If you want to pay your account for less than the full amount you owe, mail your request to us at:
   Wells Fargo Bank, N.A.
   P.O. Box 10311
   Des Moines, IA 50306-0311

   Please note: These payments do not erase your full debt.

6. **How do we calculate your balance?**
   We use a method called "average daily balance (including new purchases)." For more information, refer to your Credit Card Account Agreement or call our toll-free Customer Service number located on the front of this statement.

7. **How can you avoid paying interest on purchases?**
   Your Payment Due Date is at least 25 days after each billing period closes. You must pay your entire balance each month to avoid interest charges. We begin charging interest on cash advances and balance transfers on the transaction date.

8. **How can you manage your account?**
   To manage your account details — including card payments, alerts, and address changes — visit wellsfargo.com or call the customer service number that appears on your account statement.

9. **Will customer service monitor your calls with us?**
   We may record or monitor any calls you have with customer service.

O1DP5596 - 14 - 06/14/2023
© 2023 Wells Fargo Bank, N.A. All rights reserved.  IHA-6954419



**WELLS FARGO CREDIT CARD**
Account ending in 0001
Statement Period 11/10/2023 to 12/06/2023
Page 2 of 3

*VISA*

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge | Balance as of 12/06/2023 |
|---|---|---|---|---|---|
| PURCHASES | 0.00% | $0.00 | 27 | $0.00 | $9,604.66 |
| CASH ADVANCES | 0.00% | $0.00 | 27 | $0.00 | $0.00 |

## Wells Fargo News

**Do we have your correct mobile phone number?**
Don't miss suspicious-activity notifications, time-sensitive information, or critical account updates. Make sure we can reach you if we detect unusual activity on your account, or need to contact you to verify transactions. Sign in or log on to **wellsfargo.com/online-banking** and verify your mobile phone number on the **Contact Information** page.

Continued 

5596      YKG      1   3  5  231206  0      Z X PAGE 2 of 3      1 0  5581  6540  CHOZ  01DP5596



THIS PAGE INTENTIONALLY LEFT BLANK

5596    YKO    1    3 5    231206 0    8 X PAGE 3 of 3    1 0 5581 6540 CHGZ 01DP5596

**EXHIBIT B**

FILED
12/29/2023 9:28 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20232004444

FILED DATE: 12/29/2023 9:28 AM   20232004444

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, SECOND DISTRICT

Wells Fargo Bank N.A.

Plaintiff

No.        20232004444

Vs.

Richard A Muelling

Defendant

## **COMPLAINT**

Now Comes Plaintiff, Wells Fargo Bank N.A., by its attorney, and complaining of Defendant(s), Richard A Muelling alleges:

1.     Plaintiff is engaged in the business, *inter alia*, of financing, with a usual place of business in West Des Moines, IA.

2.     Defendant(s) reside(s) in Cook County, Illinois.

3.     Plaintiff entered into an agreement with Defendant establishing a credit card account (the "Account"), known as Account No. 0001, on or about June 26, 2014.

4.     A copy of the terms and conditions of the account as agreed to by Defendant are attached to Plaintiff's Affidavit which is attached hereto and incorporated herein as Exhibit "A," pursuant to which Defendant received a credit card and charged goods and services to that account.

5.     There is a balance due on that account in the amount of $9,604.66, as more fully set forth on the statement attached to Plaintiff's Affidavit, which is attached herein and incorporated hereto as Exhibit "A."

6.     Due demand has been made on Defendant for payment of the sum due, and Defendant has refused and continues to refuse so to pay.

DCIL230372

FILED DATE: 12/29/2023 9:28 AM    20232004444

7.     Pursuant to the agreement, Defendant is also liable for reasonable attorneys' fees in the sum of $350.00.

8.     Plaintiff further asserts that this action is being filed within the relevant statute of limitations.


Wherefore, Plaintiff prays for judgment against Defendant(s) for the sum of $9,604.66, plus reasonable attorney fees, interest, and costs of suit.


**WELLS FARGO BANK N.A.**

By:_____
    C. Anthony Crnic
    Karyn J. Price


C. Anthony Crnic
ARDC # 6312600
Cook County # 59191
Karyn J. Price
ARDC # 6278272
Cook County # 61476
**THE SAYER LAW GROUP, P.C.**
925 E 4th St.
Waterloo, IA 50703
(319) 234-2530
tcrnic@sayerlaw.com
inquiry@sayerlaw.com

FILED DATE: 12/29/2023 9:28 AM 20232004444

Wells Fargo Bank, NA
Plaintiff

v.                                  CASE NUMBER:

RICHARD  A MUELLING

Defendant

### CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT
### (SUPREME COURT RULE 280.2)

**INSTRUCTIONS:** Provide the following information. Supreme Court Rule 280.1 provides the definitions of the terms in this Affidavit.

Comes now affiant, and states:

I am a designated Agent of Wells Fargo Bank, NA (Plaintiff).

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of Plaintiff. The following representations are true according to documents kept in the normal course of Plaintiff's business and/or my personal knowledge:

1. **IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT**
   Complete the tables.

   **a**. As of charge-off date:

| Full name of the creditor | Full name of the defendant as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| Wells Fargo Bank, NA | RICHARD  A MUELLING | 0001 | 06/26/2014 | Platinum Card |

Page **1** of **3**
RICHARD  A MUELLING
Account Number Ending In 0001

LGLCOE015 (01/2022)

**b.** The most recent activity on the account prior to or after charge-off, includes:

| Charge-off Balance | Charge-off Date | Date of Last Payment* | Amount of Last Payment | Total Amount of Credits and/or Payments Since Charge-off Date** |
|---|---|---|---|---|
| $9604.66 | 02/28/2023 | 02/22/2023 | $100.00 | $0 |

\* Last payment on the account, pre- or post-charge-off.
\*\* Credits or payments made within 30 days of the signing of this affidavit may not be reflected.

**c.** For a revolving credit account, Plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase, transaction, last payment, or balance transfer.

2. **PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS**
   Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment (On or About) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☒ Does not apply – Plaintiff is the charge-off creditor.

FILED DATE: 12/29/2023 9:28 AM   20232004444

**3. ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF**

Plaintiff is seeking additional amounts after the charge-off date:

☒ No*

☐ Yes

    ☐ Total amount of interest accrued: $_____;

    ☐ Total amount of non-interest charges or fee accrued $_____;

    ☐ Plaintiff is seeking attorney's fees in the amount of $_____.

**Balance due and owing as of date of affidavit: $_____**

\* Costs prayed for in the Complaint will not be reflected.

Affiants may certify their statements pursuant to section 1-109 of the Code of Civil Procedure or have their signature notarized in the manner required by law.

Under penalties as provided by law under section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that [s]he verily believes the same to be true.

_Douglas J Owens_
Affiant

_Douglas J Owens_
Printed Name
Title: Loan Workout Specialist, Wells Fargo Bank, N.A.

Date: _12 | 08_ 20_23_

STATE OF IOWA        )

                          ) ss.

COUNTY OF DALLAS   )

Sworn and subscribed to me this _08_ day of _December_, 20_23_

by _Douglas J Owens_, personally known to me _X_

OR produced identification _____.

Type of identification produced: _____.

_Margaret J Schulze_
Notary Public

MARGARET J SCHULZE
Notarial Seal, Iowa
Commission Number 839804
My Commission Expires June 02, 2025

Page **3** of 3
RICHARD A MUELLING
Account Number Ending In 0001

LGLCOE015 (01/2022)

FILED DATE: 12/29/2023 9:28 AM  20232004444

FILED DATE: 12/29/2023 9:28 AM    20232004444



# Consumer Credit Card Customer Agreement & Disclosure Statement Visa® & Visa Signature®

## TABLE OF CONTENTS

| | |
|---|---|
| Your Contract With Us: | Section 1 : Page 1 |
| Using Your Account: | Section 4 : Page 3 |
| Changes To This Agreement: | Section 10 : Page 6 |
| Fees And Interest: | Section 11 : Page 6 |
| Billing Statements And Payments: | Section 19 : Page 9 |
| Other Important Information: | Section 21 : Page 10 |
| Arbitration: | Section 31 : Page 12 |
| Your Billing Rights: | Section 32 : Page 13 |
| Active Duty Military Servicemembers and Their Dependents: | Section 33 : Page 15 |
| Interpreter Certification: | Section 34 : Page 16 |

## Notice To California Cardholders

To our California customers who have discussed credit card terms and conditions with us in Spanish, Chinese, Korean, Vietnamese, or Tagalog:

**Read Section 34 about interpreter certification before you confirm your credit card.**

**Lea la Sección 34 sobre certificación de intérprete antes de confirmar su tarjeta de crédito.**

**請您在確認信用卡之前細讀第 34 節的「翻譯員認證」。**

귀하의 신용카드를 확인하시기 전에 통역사 인증에 관한 34절을 읽으시기 바랍니다.

Hãy đọc Phần 34 về chứng nhận thông dịch viên trước khi quý vị xác nhận thẻ tín dụng của mình.

Basahin ang Seksyon 34 tungkol sa sertipikasyon ng interpreter bago mo kumpirmahin ang iyong credit card.

## Your Contract With Us

**(1) Agreement.** This contract for your credit card account ("Account") includes the Credit Card Agreement ("Agreement"), the Important Terms of Your Credit Card Account and future amendments to this Agreement. This Agreement is a contract between Wells Fargo Bank, N.A. and each Account holder. You and any joint Account holder accept the terms of this Agreement by using or confirming your Account. Please read this Agreement carefully and keep it for your records.

**(2) Definitions**

FILED DATE: 12/29/2023 9:28 AM    20232004444

| | |
|---|---|
| **Annual Percentage Rate (APR)** | A rate, shown as a percentage, used to calculate interest on the balance on your Account. |
| **Billing Cycle or Billing Period** | The time period between billing statements. Each billing statement shows a statement closing date which is the last day of the Billing Cycle. |
| **Balance Transfer** | The transfer of a balance from another credit account to your Account, including the use of a check that accesses your Account. Your account may not be eligible for balance transfers. |
| **Card** | Any cards we issue to you or any devices we allow you to use to access credit on your Account. |
| **Cash Advance** | Use of your Card to get cash. Examples include using your card for Cash Advances through an ATM, bank teller or Wells Fargo Online®, Overdraft Protection advances, Balance Transfers, or cash-like purchases such as money orders, wire transfers, traveler checks, foreign currency, lottery tickets, casino chips, off-track wagers, other wagers, vouchers redeemable for cash or similar items. |
| **Credit Access Device** | A device, other than your Card, like SUPERCHECKS™ and mobile devices, that we allow you to use to access credit on your Account. |
| **Credit Limit** | This is the amount that is available for your use. |
| **Important Terms of Your Credit Card Account** | A summary of your Account's APRs, fees and other important information. |
| **New Balance** | The total amount you owe as of a statement closing date. |
| **Outstanding Balance** | The sum of all unpaid amounts, including Purchases, Cash Advances, Balance Transfers, interest, fees and any other amounts that you may owe us. |
| **Payment Due Date** | The date the Minimum Payment is due. It will be at least 25 days from the statement closing date and will be provided on your billing statement. |
| **Purchase** | Use of your Account to buy or lease goods or services. Cash Advances, Balance Transfers and cash-like transactions are not Purchases. Tax payments and associated fees are Purchases. |
| **We, Us, and Our** | Wells Fargo Bank, N.A. |
| **You and Your** | The Account holder(s) who opened the Account. |

FILED DATE: 12/29/2023 9:28 AM    20232004444

**(3) Contacting You.** You agree that we have your consent to contact you at any phone number, email address, or mailing address you provide for any Wells Fargo account or at any number that you call us from or at any number that we obtain by other means. If you provided a phone number, you agree that you own or are authorized to provide that number, and you understand that you shall indemnify us for any costs and expenses, including reasonable attorneys' fees, incurred as a result of us attempting to contact you at the number(s). Your consent allows us and any companies working on our behalf to service your account, to use any means to contact you including: automated dialing devices, prerecorded/artificial voice messages, mail, e-mail, text messages, push notifications, and calls to your cell phone, or any other data or voice transmission technology. You are responsible for any service provider charges you may incur as a result of us contacting you by any means, whether such charges are related to text, data, equipment or other plans. You will promptly notify us if you change any contact information, including your name, mailing address, e-mail addresses, or phone numbers. If you have a joint Account, a notice to one of you will serve as a notice to both of you. We may use voice recognition technology to verify your identity when you call. We may capture and store your voiceprint for this purpose. We may monitor and record any calls between you and us.

## Using Your Account

**(4) Using Your Account.** You may use your consumer credit card Account for Purchases, Balance Transfers, Cash Advances and any other transactions we allow. You promise to use your Account only for lawful personal, family, or household purposes. We reserve the right to deny transactions or authorizations from merchants who may be engaging in the internet gambling business. We are not responsible for anyone who refuses to accept your Card or any other Credit Access Device. We may decline any transaction at any time. Your credit card may not be used to make a payment on any other Wells Fargo credit account.

**Cash Advances from ATMs.** Cash Advances from ATMs may be limited by amount or frequency. The ATM owner may have additional restrictions. If the ATM owner charges any fee, that fee will be included as part of the total Cash Advance amount.

**Cash Advances for Overdraft Protection.** You may elect to have an automatic Cash Advance from your Account to cover an overdraft on a linked Wells Fargo checking account. To cover an overdraft on a linked Wells Fargo checking account, we will advance the greater of
- the amount of your overdraft; or
- $25.00

Except if
- the amount of available credit on your Card is less than the amount of the overdraft or less than $25.00, we will then advance the amount of available credit.

The APR that applies to overdraft protection advances is listed in the Important Terms of Your Credit Card Account. Overdraft protection advances and interest may cause your Account balance to exceed your credit

FILED DATE: 12/29/2023 9:28 AM    20232004444

limit. If there is more than one person listed on the checking account (such as a joint checking account) that you have linked for overdraft protection, then:

- You will be responsible for all overdraft protection advances regardless of which person writes the check or engages in any other transaction (such as a debit card purchase) that causes the overdraft; and
- You agree to allow us to disclose to any other person on your checking account, that this Card is linked to your checking account for overdraft protection.

We reserve the right to cancel, suspend, or change your overdraft protection service at any time, for any reason.

**Credit Access Devices.** SUPERCHECKS, if available, can be used to access your Account similar to writing a check on a deposit account. SUPERCHECKS checks will post as a Balance Transfer. They will include transaction fees and interest.

Some restrictions apply to SUPERCHECKS:
- They may not be written as payment on any Wells Fargo account.
- They may be used only by the person whose name is printed on the check.
- They must be written in U.S. dollars.
- They cannot be certified.
- You cannot file a claim against the bank when you have a dispute with a merchant about payment for property or services that you paid for using a SUPERCHECKS check.
- We reserve the right to put conditions on the use of SUPERCHECKS checks and to reject, decline and return unpaid any SUPERCHECKS check or advance at our discretion.

**Third Party/Mobile Devices.** You or an authorized user may be permitted to load your credit card to an app on a smart phone, tablet or other electronic device, such as, through a mobile wallet, which could be used for purchases or other transactions without presenting the card. Any such Transactions are covered by this Agreement. We have no control over the device and cannot guarantee the performance of the device.

Additionally:
- You should protect the security of the device the same as your credit card or other valuable information.
- There may be third party fees related to the transaction such as mobile carrier data or messaging charges.
- We may, at any time, partially or fully restrict your ability to make credit transactions through a third party/mobile device. You agree to notify us promptly if you remove or want to remove your Account information from any third party/mobile device.

**(5) Authorized Users.** If you wish to have an additional Card issued in another person's name, please contact us and we will send you a Card with the name of the authorized person embossed on the front of the Card. You are responsible for payment of the entire amount owed to us, including any Purchases,

FILED DATE: 12/29/2023 9:28 AM    20232004444

Balance Transfers or Cash Advances (and all related interest and fees) made by the authorized person.

**Ending Authorized User Privileges.** If you want to end an authorized user's privilege to use your Account, you must:

- Recover and destroy that person's Card. If you do not, you will continue to be liable for any charges made, even if you've advised us of your wish to cancel the privileges, unless you tell us to cancel all Cards and establish a new Account for you.
- You must notify us of your request by contacting us at the number on the back of your Card or by mail at Wells Fargo Bank, N.A., P.O. Box 10347, Des Moines, IA 50306-0347.

In general, an authorized person is not obligated on this Account and is not liable for any Outstanding Balance or any other charges made by you or by any other authorized person. In the event of the death of all fully liable cardholders, authorized users' privilege ends automatically. After that, if any person uses the Card, such use indicates his or her agreement to pay us, and we may, at our discretion, pursue the person for payment of any Outstanding Balance or any other charges they authorize. You agree to notify each authorized person that they are subject to all applicable sections of this Agreement.

**Information about Authorized Users.** You agree to give us certain personal information about each authorized user. You must have permission from each authorized user allowing you to give us that personal information. This may include name, address, social security number / Individual Taxpayer Identification Number, date of birth and citizenship.

**(6) Lost or Stolen Cards and Liability for Unauthorized Use, and Zero Liability Protection.** You must notify us immediately if your Card or account information is lost or stolen, or if you believe it's being used without your permission. You may contact us by phone at 800-642-4720 or in writing at Wells Fargo Bank, N.A., P.O. Box 10347, Des Moines, IA 50306-0347. You agree to assist us in our investigation of the matter. If you do this and we find you not responsible, you will not be held liable for the unauthorized use of your Account.

**(7) Promise to Pay.** When you use your Account or let someone else use it, you promise to pay the total amount of the Purchases, Cash Advances, and Balance Transfers, plus all interest, fees and other amounts that you may owe us. We may limit or close your Account, but the terms of this Agreement will apply until you pay the Account in full.

**(8) Credit Limit.** We may assign the following limits to your Account:

Cash Advance Limit. We may restrict the amount of your credit limit that can be used for Cash Advances. Your total credit limit will be provided with your Credit Card and shows on each of your billing statements. You promise to use your Account only to the limits. If you exceed your total credit limit, we may allow the transaction without increasing your total credit limit or deny the transaction. If we allow the transaction, we may treat that over limit amount as due with the minimum payment on your next statement. If you

exceed the limits, you will still remain liable for all credit you receive. We can adjust your credit limit at any time, including automatic credit line increases for those who qualify.

**(9) Authorizations.** We don't guarantee approval of transactions. We reserve the right to deny transactions for any reason, such as account default, suspected fraudulent or unlawful activity, internet gambling, or any indication of increased risk related to the transaction. If you engage in abuse, misuse or gaming in connection with earning or using points or attempt to do so, we may close or restrict your Wells Fargo credit card(s). Abuse, misuse or gaming includes, but is not limited to, making multiple purchases and multiple payments during a billing cycle whereby the dollar amount for each purchase in the aggregate substantially exceeds your credit limit. We also may limit the number of authorizations we allow during a period of time.

Transactions at some merchants (such as hotels, car rental companies, restaurants, and gas stations) may result in temporary authorizations for amounts greater than the actual Purchase amount. This will make less credit available on your Account for several days, usually until the date the actual Purchase amount is received from the merchant.

If you give your credit card information to a merchant to bill your account for recurring payments, or to keep it on file for future purchases or payments, and your card number, expiration date, or security code changes, you should notify the merchant with your new card information. Some card networks provide update services and receive updated card information from Wells Fargo. Merchants that participate in such services will receive updated card information from the network for credit cards that you have provided to the merchant for recurring or future purchases or payments. We cannot tell you which merchant will receive updated card information when your card information changes. You should always provide each merchant with your new card information because some merchants do not subscribe to such network services.

## Changes To This Agreement

**(10) Change in Terms.** We may change this Agreement at any time. These changes may apply to existing and future balances. We will give you advance written notice of the changes and a right to reject the changes if required by law. We may require you to close your Account or take other actions if you reject the changes.

## Fees And Interest

**(11) Fees.** The following fees may apply to your account. If they do apply, you will find the amount in the Important Terms of Your Credit Card Account. You agree to pay any fees that apply.
- Annual Fee. If your account has an annual fee it will be charged each year your account is open. The annual fee will not be billed after your Account is closed.
- Balance Transfer Fee. This fee may be charged on a Balance Transfer transaction.
- Cash Advance Fee. This fee may be charged on a Cash Advance from your Account.

FILED DATE: 12/29/2023 9:28 AM    20232004444

FILED DATE: 12/29/2023 9:28 AM    20232004444

- Foreign Currency Conversion Fee. If you make a transaction in a foreign currency, Visa will convert it into a U.S. dollar amount. A foreign currency conversion fee may be charged when this is done.
- Late Fee. This fee may be charged each time we do not receive the required Minimum Payment due by the Payment Due Date.
- Rush Plastic Fee. This fee may be charged if you requested expedited delivery for your credit card.

Additional fees may be charged if agreed between you and us. All fees will be added to the Purchases balance, except Cash Advance fees which will be added to the Cash Advance balance on your Account.

**(12) Foreign Currency Transactions.**
If you make a transaction in a currency other than U.S. dollars using a Visa Card, then Visa International "Visa" will convert the charge into a U.S. dollar amount. The exchange rate between the transaction currency and the billing currency used for processing international transactions is either (a) a rate selected by Visa from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Visa itself receives, or (b) the government-mandated rate in effect for the applicable central processing date. The currency conversion rate for the processing date may differ from the rate in effect on the date of the transaction or the date the transaction is posted to your Account.

**Point of Sale Conversion.** Some merchants outside the United States offer cardholders the option of having Card transactions converted to U.S. dollars by Visa, as described above, or by the merchant itself. If the latter option is chosen, the currency conversion rate is determined solely by the merchant involved in the transaction, and no foreign currency conversion fee is charged by the bank for the transaction.

**(13) Rates.** The following sections describe how we calculate the interest you owe each Billing Period. The Important Terms of Your Credit Card Account list the APRs that apply to different types of balances.

**Introductory Rates.** Your account may be eligible for introductory rates. This would be described in the Important Terms of Your Credit Card Account. If you are offered a promotional rate after your account is opened, the terms will be provided at that time. After any introductory or promotional rates expire, the remaining balances will be subject to the applicable Standard or Standard Variable APR terms.

**How we Calculate your Standard Variable APRs.**
If your account has a variable rate the APR will vary based on the U.S. Prime Rate plus the applicable "Margin". See the Important Terms of Your Credit Card Account for the "Margin" on Purchases, Balance Transfers, Cash Advances, and overdraft protection advances, and daily periodic rates that apply to your Account. For each Billing Period, we use the U.S. Prime Rate or the average of the U.S. Prime Rates (if there is more than one) published in the "Money Rates" column of *The Wall Street Journal* three business days prior to your billing statement closing date. If the U.S. Prime Rate is no longer published or is not available, we may select a similar index. A change in the APR

FILED DATE: 12/29/2023 9:28 AM    20232004444

may increase or decrease the total amount of interest you pay and your Minimum Payment due. If the APR changes due to a change in the U.S. Prime Rate, the new APR will apply to both existing and future balances on the first day of your Billing Cycle. The APR will continue to vary even if your Account is closed.

**Standard APRs.** If your Account is subject to Standard APRs, the Standard APRs will not vary with the market based on the U. S. Prime Rate. However, we may change the Standard APRs from time to time in accordance with the Change In Terms information described in section 10. The rates that apply to your account are listed in the Important Terms of Your Credit Card Account.

**Daily Periodic Rates.** The daily periodic rates are calculated by dividing each applicable APR by 365.

**(14) Minimum Interest Charge.** Your account may have a Minimum Interest Charge. See The Important Terms of Your Credit Card Account for the applicable charge.

**(15) When we Charge Interest.** For most transactions, interest will be charged beginning on the date a transaction is made on your account. We charge interest on a fee beginning on the first day of the Billing Cycle following the Billing Cycle in which the fee posted to your Account.

**(16)  Here's how and when specific Transactions, fees and credits are applied:**
- We add the amount of a Purchase or Balance Transfer to the Purchase balance as of the transaction date shown on your statement.
- We add Balance Transfer fees to the Purchase balance as of the transaction date shown on your statement.
- We add the amount of a Cash Advance to the Cash Advance balance as of the transaction date shown on your statement.
- We add Cash Advance Fees to the Cash Advance balance as of the transaction date shown on your statement.
- We add the amount of any Overdraft Protection advance to the Cash Advance balance as of the transaction date shown on your statement.

**(17) How we Calculate Interest.** We begin by calculating the daily balance of each Transaction category. Next we calculate the Average Daily Balance (ADB). Finally, we calculate the interest. See each section below for details.

1. **Calculating the daily balance:** the daily balance is calculated separately for each Transaction category. We start with the daily balance from the end of the previous day. We add in any new Transactions and other charges, including interest accrued on the previous day's balance. This means interest is compounded daily. We then subtract any payments or credits.

   Example for the Purchase Transaction category:
   Daily balance for purchases from the previous day
   + New purchases
   + Fees and interest accrued on the previous day's Transaction category balance

- Payments, credits and adjustments that posted that day
**= New daily balance for Purchases**

2. **Calculating the Average Daily Balance (ADB):** we add up all the daily balances for the Billing Cycle starting with the beginning balance of the first day of the Billing Cycle. This beginning balance will include any unpaid fees from the previous Billing Cycle and any late fees incurred during the current Billing Cycle. Any daily balance that is a credit balance is treated as zero. We divide this amount by the number of days in the Billing Cycle.

ADB = sum of daily balances ÷ number of days in the Billing Cycle

3. **Interest Calculation:** we calculate the interest charge for each type of balance by applying the daily periodic rate to the ADB and multiplying this by the number of days in the Billing Cycle.

Interest Charge = daily periodic rate x ADB x number of days in Billing Cycle

**(18) Grace Period.** To avoid paying interest on new Purchases you have to pay your entire New Balance by the Due Date on your statement each Billing Period. You cannot avoid interest on Cash Advances or Balance Transfers. Your due date will be at least 25 days from the statement closing date and will be provided on your billing statement.

## Billing Statements And Payments

**(19) Billing Statements.** If you have a balance on your account you will receive a billing statement. Your billing statement will show your Minimum Payment due and the Payment Due Date.

**(20) Payments.** You may pay all or part of your Account balance at any time, but you **must** pay the Minimum Payment, disclosed on your billing statement, by the Payment Due Date.

**Minimum Payment.** Your Minimum Payment Due includes any amount past due plus the greater of:

1. The sum of late, rush plastic, and annual fees and interest billed during the Billing Cycle for which the Minimum Payment is calculated plus 1% of the New Balance shown on the billing statement; or
2. $25.00 (or the entire balance on the Account if the New Balance is less than $25.00).

We require you to pay any amount over the limit of your credit card account. However, that amount is not included in your Minimum Payment Due.

The Minimum Payment is rounded-up to the next highest whole dollar amount. Credits will not be used to meet the Minimum Payment.

**Payment Instructions.** Follow these instructions when making a payment:

1. You must pay in U.S. dollars.
2. Payment must be made with a personal check, money order or cashier's check and must be issued by a bank in the United States.

FILED DATE: 12/29/2023 9:28 AM    20232004444

FILED DATE: 12/29/2023 9:28 AM    20232004444

3. Electronic payments are accepted.
4. Do not mail cash.

If you mail your payment, please mail to the payment address provided on your billing statement using the envelope and payment coupon enclosed. Payments received by 5:00 p.m. at the location your payment is mailed to will be credited as of the date of receipt. If received after 5:00 p.m. they will be credited on the following day. Payments made through Wells Fargo Online at wellsfargo.com will be credited based on the cutoff time disclosed at the time of the transaction. If you do not follow these instructions your payment may not be credited for up to five days after we receive it.

Checks or other paper documents may be converted to an electronic transaction through procedures established by the National Automated Clearing House Association. In this case, the original check or other document that you send to us will not be retained, but a copy would be available if requested.

Some of your available line of credit may be held, at our discretion, until your payment is honored.

You cannot pay this account using a Wells Fargo Bank, N.A. credit or loan account or any Wells Fargo affiliated company credit or loan account. You cannot use any SUPERCHECKS checks to make any payment on this Account.

Generally, we will apply your Minimum Payment first to lower APR balances (such as Purchases) before balances with higher APRs (such as Cash Advances). Payments made in excess of the Minimum Payment will be applied to balances with higher APRs first before balances with lower ones.

We post payments to the Billing Cycle within which they are received. Any payment in excess of the Minimum Payment due is applied based on the balances reflected on your last billing statement.

**Irregular Payments.** If you intend to pay your Account in full with an amount less than the Outstanding Balance, payments must be sent to: Wells Fargo Bank, N.A., P.O. Box 10311, Des Moines, IA 50306-0311. Please note that if we accept such payments we have every right to pursue full payment.

## Other Important Information
**(21) Default / Immediate Repayment of Balance in Full.** Your Account will be in default, and we may require immediate payment of your total Account if:
- You fail to pay a Minimum Payment by the Payment Due Date;
- Any payment is returned;
- You don't honor the terms of this Agreement;
- You made an untrue statement on your application; OR
- You file for bankruptcy.

If this is a joint Account, a default by one of you will be a default by all of you.

We may prevent further transactions and we may close your Account and other Wells Fargo Accounts. If your account is in default you agree to pay our collection

FILED DATE: 12/29/2023 9:28 AM    20232004444

costs, attorney's fees, and court costs incurred in enforcing our rights under this agreement.

**(22) Re-Verification of Credit Information.** We can review any information you provided on your credit application at any time. This may include:
- Requesting credit bureau reports;
- Verifying your current credit standing;
- Verifying your employment, assets and income records.

**(23) California Residents.** We may also obtain information at any time from the California Department of Motor Vehicles. You agree to waive the address confidentiality requirements section of the California Vehicle Code (Section 1808.21).

**(24) Cancellation.** We may close your Account at any time and for any reason. You may also close the Account at any time. If that happens, you must still repay the balance owed according to the terms of this Agreement. Joint Accounts may be canceled by either Account Holder. If we close the account, notice may be provided to only one Account Holder.

**(25) Separation of Unlawful Provisions.** If any provision of this Agreement is found to be unenforceable, all other provisions of the Agreement will remain in effect.

**(26) Enforcement Rights.** We may waive or delay enforcing any of our rights without losing them. A court decree for divorce or separation or an out-of-court mutual agreement does not affect any of our rights to enforce this Agreement.

**(27) Phone Monitoring.** We may monitor and record any of your phone calls with us.

**(28) Information Reporting.** We may report information about you to consumer reporting agencies. The information that we report to consumer reporting agencies may include:
- Account history;
- Account performance;
- Account status;
- Any violations of your account; and
- Any violations of the terms of this Agreement.

The same information may be reported to the consumer reporting agencies for any additional card holders. You may dispute the accuracy of the information that we report to consumer reporting agencies by writing to us at Wells Fargo Bank, N.A., P.O. Box 14517, Des Moines, IA 50306-3517. Please describe the information in detail that you believe is inaccurate and provide any supporting documents with your dispute. If your dispute relates to identity theft, you will need to provide us with an identity theft report.

**(29) Assignment.** We may assign your Account and any or all rights and obligations under the Agreement to a third party. You may not assign your Account or any of your obligations under the Agreement.

**(30) Governing Law.** Federal law and the laws of South Dakota govern this Agreement and your account.

FILED DATE: 12/29/2023 9:28 AM    20232004444

# Arbitration

**(31) Dispute Resolution Program: Arbitration Agreement.**

a. **Binding Arbitration**. You and Wells Fargo Bank, N.A. (the "Bank") agree that if a Dispute arises between you and the Bank, upon demand by either you or the Bank, the Dispute shall be resolved by the following arbitration process. The foregoing notwithstanding, the Bank shall not initiate an arbitration to collect a consumer debt, but reserves the right to arbitrate all other disputes with its consumer customers. A "Dispute" is any unresolved disagreement between you and the Bank. It includes any disagreement relating in any way to the Card or related services, Accounts, or matters; to your use of any of the Bank's banking locations or facilities; or to any means you may use to access the Bank. It includes claims based on broken promises or contracts, torts, or other wrongful actions. It also includes statutory, common law, and equitable claims. A Dispute also includes any disagreements about the meaning or application of this Arbitration Agreement. This Arbitration Agreement shall survive the payment or closure of your Account. **YOU UNDERSTAND AND AGREE THAT YOU AND THE BANK ARE WAIVING THE RIGHT TO A JURY TRIAL OR TRIAL BEFORE A JUDGE IN A PUBLIC COURT.** As the sole exception to this Arbitration Agreement, you and the Bank retain the right to pursue in small claims court any Dispute that is within that court's jurisdiction. If either you or the Bank fails to submit to binding arbitration following lawful demand, the party so failing bears all costs and expenses incurred by the other in compelling arbitration.

b. **Arbitration Procedure; Severability**. Either you or the Bank may submit a Dispute to binding arbitration at any time notwithstanding that a lawsuit or other proceeding has been previously commenced. **NEITHER YOU NOR THE BANK SHALL BE ENTITLED TO JOIN OR CONSOLIDATE DISPUTES BY OR AGAINST OTHERS IN ANY ARBITRATION, OR TO INCLUDE IN ANY ARBITRATION ANY DISPUTE AS A REPRESENTATIVE OR MEMBER OF A CLASS, OR TO ACT IN ANY ARBITRATION IN THE INTEREST OF THE GENERAL PUBLIC OR IN A PRIVATE ATTORNEY GENERAL CAPACITY.** Each arbitration, including the selection of the arbitrator(s), shall be administered by the American Arbitration Association (AAA), or such other administrator as you and the Bank may mutually agree to (the AAA or such other mutually agreeable administrator to be referred to hereinafter as the "Arbitration Administrator"), according to the Commercial Arbitration Rules and the Supplemental Procedures for Consumer Related Disputes ("AAA Rules"). To the extent that there is any variance between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement shall control. Arbitrator(s) must be members of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the Dispute. You and the Bank (the "Parties") agree that in this relationship: (1) The Parties are participating in transactions involving interstate commerce; and (2) This Arbitration Agreement and any resulting arbitration are governed by the

provisions of the Federal Arbitration Act (Title 9 of the United States Code), and, to the extent any provision of that Act is inapplicable, unenforceable or invalid, the laws of the state of South Dakota. If any of the provisions of this Arbitration Agreement dealing with class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, that invalid provision shall not be severable and this entire Arbitration Agreement shall be unenforceable.

c. **Rights Preserved**. This Arbitration Agreement does not prohibit the Parties from exercising any lawful rights or using other available remedies to preserve, foreclose, or obtain possession of real or personal property; exercise self-help remedies, including setoff and repossession rights; or obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or the appointment of a receiver by a court of competent jurisdiction. Any statute of limitations applicable to any Dispute applies to any arbitration between the Parties. The provisions of this Arbitration Agreement shall survive termination, amendment, or expiration of the Card or any other relationship between you and the Bank.

d. **Fees and Expenses of Arbitration**. Arbitration fees will be determined by the rules or procedures of the Arbitration Administrator, unless limited by applicable law. Please check with the Arbitration Administrator to determine the fees applicable to any arbitration you may file. If the applicable law of the state in which you opened your Account limits the amount of fees and expenses to be paid by you, then no allocation of fees and expenses to you shall exceed this limitation. Bank will pay any costs that are required to be paid by it under the Arbitration Administrator's rules and procedures, and subject to applicable law. If the arbitrator rules in your favor on any claim presented, the Bank will reimburse you for arbitration filing fees you have paid up to $700.00. Unless applicable law states otherwise, each party will pay their own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

e. **Military Lending Act.** The Arbitration Agreement may not apply to you if you are a covered borrower. Please see The Military Lending Act Notice in the Agreement for more information.

## Your Billing Rights

**Keep This Notice For Future Use.** This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

**(32) What To Do If You Find a Mistake on Your Statement.** If you think there is an error on your statement, write to us at:
Wells Fargo Bank, N.A.
P.O. Box 522
Des Moines, IA 50306-0522

In your letter, give us the following information:
- Your name and Account number;
- The date and dollar amount of the suspected error.
- If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

FILED DATE: 12/29/2023 9:28 AM    20232004444

FILED DATE: 12/29/2023 9:28 AM   20232004444

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing at the address above. You may notify using other ways (including telephone), but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter.**

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

FILED DATE: 12/29/2023 9:28 AM    20232004444

After we finish our investigation, one of two things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us. If we do not follow all of the rules above, you do not have to pay the amount you question even if your bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the Purchase.
To use this right, all of the following must be true:

1. The Purchase must have been made in your home state or within 100 miles of your current mailing address, and the Purchase price must have been more than $50. (Note: Neither of these are necessary if your Purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the Purchase. Purchases made with Cash Advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the Purchase.

If all of the criteria above are met and you are still dissatisfied with the Purchase, contact us in writing at:
Wells Fargo Bank, N.A.
P.O. Box 522
Des Moines, IA 50306-0522

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Active Duty Military Servicemembers and Their Dependents

**(33) The Military Lending Act Notice:** Federal Law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the costs of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include,

as applicable to the credit transaction or account: the cost associated with credit insurance premiums, fees for ancillary products sold in connection with the credit transaction, any application fee charged (other than certain application fees for specified credit transactions or accounts), and any participation fee charged (other than certain participation fees for a credit card account).

You may contact us at 1-844-309-0044 for information about the Military Annual Percentage Rate and a description of your payment obligation.

The Arbitration Agreement does not apply to you if you are covered by the Military Lending Act nor do any provisions that waive any right to legal recourse under any state or federal law to the extent required by the Military Lending Act.

## Interpreter Certification

**(34) Interpreter Certification. If you choose to discuss your credit card account with us in Spanish, Chinese, Korean, Vietnamese, or Tagalog, please read the following.**
By signing, using or confirming the credit card issued to you, you certify to us that:

- You have discussed the Customer Agreement and Disclosure Statement with your interpreter and have been given the opportunity to discuss and negotiate with us the terms and conditions contained in these documents.
- Your interpreter is at least 18 years old and is fluent in both English and in the language in which you chose to discuss with us the terms and conditions of your credit card Account.
- You understand and agree to the terms and conditions contained in these enclosed documents.

**Certificación de Intérprete**
**(34) Certificación de Intérprete. Si usted opta por conversar sobre su cuenta de tarjeta de crédito con nosotros en español, chino, coreano, vietnamita o tagalo, lea lo siguiente.**
Al firmar, utilizar o confirmar la tarjeta de crédito emitida a su nombre, usted certifica ante nosotros que:

- Usted ha analizado el Contrato del Cliente y Declaración de Divulgación con su intérprete, y que usted y su intérprete han tenido la oportunidad de analizar y negociar con nosotros los términos y condiciones contenidos en estos documentos.
- Su intérprete tiene por lo menos 18 años de edad y habla con fluidez tanto en inglés como en el idioma que usted haya elegido para conversar con nosotros sobre los términos y condiciones de su Cuenta de tarjeta de crédito.
- Usted entiende y está de acuerdo con los términos y condiciones contenidos en estos documentos adjuntos.

翻譯員認證

(34) 翻譯員認證。如果您選擇以西班牙語、中文、韓語、越南語或菲律賓語與我們討論信用卡帳戶相關事宜，請閱讀以下內容。

一旦您簽署、使用或確認核發給您的信用卡，即表示您向我們證明：

- 您已經與您的翻譯員討論過《客戶協議》與《披露聲明》，並且有機會與我們討論和協商這些文件中的條款和條件。

- 您的翻譯員至少年滿 18 歲，並具有流利的英語能力且深諳您所選與我們討論您的信用卡帳戶條款和條件的語言。

- 您理解並同意遵守所附這些文件中的條款和條件。

통역사 인증

(34) 통역사 인증. 통역사 인증. 귀하의 신용카드 계좌에 관한 사항을 스페인어, 중국어, 한국어, 한국어, 베트남어 또는 타갈로그어로 저희와 논의하기로 하신 경우, 다음 사항을 읽어 주십시오

귀하에게 발급된 신용카드에 서명하거나 사용 또는 확인함으로써, 귀하는 저희에게 다음 사항을 증명하게 됩니다.

- 귀하는 귀하의 통역사와 함께 고객 동의서 및 공개 진술서에 관해 논의하였으며 이러한 문서에 포함된 약관을 저희와 논의하고 협상할 기회를 가졌습니다

- 귀하의 통역사는 18세 이상이며 영어뿐만 아니라 귀하가 신용카드 계좌 약관에 관해 저희와 논의할 때 사용하시기로 선택하신 언어에 모두 능통합니다

- 귀하는 첨부된 이러한 문서에 포함된 약관을 이해하였으며 이에 동의합니다

**Xác Nhận Về Người Thông Dịch**

**(34) Xác Nhận Về Người Thông Dịch Nếu quý vị chọn thảo luận trương mục thẻ tín dụng của mình với chúng tôi bằng tiếng Tây Ban Nha, tiếng Trung, tiếng Hàn, tiếng Việt hoặc Tagalog, vui lòng đọc phần sau đây.**

Bằng việc ký, sử dụng hoặc xác nhận thẻ tín dụng đã cấp cho quý vị, quý vị chứng nhận với chúng tôi rằng:

- Quý vị đã thảo luận với thông dịch viên của mình về Thỏa Thuận Khách Hàng và Tuyên Bố Tiết Lộ Thông Tin và đã có cơ hội trao đổi và thương lượng với chúng tôi về các điều khoản và điều kiện nêu trong những tài liệu này.

- Thông dịch viên của quý vị tối thiểu 18 tuổi và thông thạo cả tiếng Anh lẫn ngôn ngữ mà quý vị đã chọn sử dụng để thảo luận với chúng tôi về các điều khoản và điều kiện liên quan đến trương mục thẻ tín dụng của quý vị.

- Quý vị hiểu và đồng ý với các điều khoản và điều kiện được nêu trong những tài liệu đính kèm này.

**Sertipikasyon ng Tagapagsaling-wika**

**(34) Sertipikasyon ng Tagapagsaling-wika. Kung pipiliin mong talakayin ang iyong credit card account sa amin sa wikang Spanish, Chinese, Korean, Vietnamese, o Tagalog, pakibasa ang sumusunod.**

FILED DATE: 12/29/2023 9:28 AM          20232004444

FILED DATE: 12/29/2023 9:28 AM 20232004444

Sa pamamagitan ng paglagda, paggamit o pagkumpirma sa credit card na ibinigay sa iyo, pinatototohanan mo sa amin na:

- Tinalakay mo ang Kasunduan ng Kostumer at ang Pahayag ng Pagsisiwalat sa iyong tagapagsaling-wika at nabigyan ka ng pagkakataong talakayin at makipagkasundo sa amin sa mga tuntunin at kundisyong nilalaman ng mga dokumentong ito.

- Ang iyong tagasaling-wika ay wala pang 18 taong gulang at lubos na marunong sa Ingles at sa wika na napili mo para talakayin sa amin ng mga tuntunin at kundisyon ng iyong credit card Account.

- Nauunawaan at sinasang-ayunan mo ang mga tuntunin at kundisyong nakasaad sa mga nakalakip na dokumentong ito.

FILED DATE: 12/29/2023 9:28 AM    20232004444

This panel intentionally left blank.

FILED DATE: 12/29/2023 9:28 AM 2023200444

**Wells Fargo Bank, N.A.**
P.O. Box 10347, Des Moines, IA 50306-0347
1-800-642-4720
We accept all relay calls, including 711

Core/VS 08/22

M-135715
LS WF78

**WELLS FARGO**

**VISA**

**WELLS FARGO**

| | |
|---|---|
| Account Number | Ending in 0001 |
| Statement Billing Period | 02/08/2023 to 02/28/2023 |
| Page 1 of 2 | |

### Balance Summary

| | |
|---|---|
| Previous Balance | $9,704.66 |
| − Payments | $100.00 |
| − Other Credits | $9,604.66 |
| + Cash Advances | $0.00 |
| + Purchases, Balance Transfers & Other Charges | $0.00 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| = New Balance | $0.00 |
| Total Credit Limit | $6,000 |

24-Hour Customer Service:
We accept all relay calls, including 711 — 1-800-642-4720
Outside the US Call Collect: 1-925-825-7600
Wells Fargo Online®: wellsfargo.com

Send General Inquiries To:
PO Box 10347, Des Moines IA, 50306-0347

Total Available Credit $0

### Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment | $0.00 |
| Payment Due Date | 03/04/2023 |

### Important Information

YOUR ANNUAL PERCENTAGE RATES FOR PURCHASES, BALANCE TRANSFERS AND CASH ADVANCES (INCLUDING OVERDRAFT PROTECTION ADVANCES IF AVAILABLE FOR YOUR ACCOUNT) ARE SUBJECT TO A MAXIMUM APR OF 29.99%

### Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| 02/22 | 02/22 | 74465391M36HHJVDS | ONLINE PAYMENT   THANK YOU | 100.00 | |
| | | | TOTAL PAYMENTS FOR THIS PERIOD | $100.00 | |
| **Other Credits** | | | | | |
| 02/28 | 02/28 | F5581001V00999990 | CHARGE OFF ACCOUNT-PRINCIPALS | 7,879.99 | |
| 02/28 | 02/28 | F5581001V00999990 | CHARGE OFF ACCOUNT *FINANCE CHARGES* | 1,724.67 | |
| | | | TOTAL OTHER CREDITS FOR THIS PERIOD | $9,604.66 | |
| **Fees Charged** | | | | | |
| | | | TOTAL FEES CHARGED FOR THIS PERIOD | | $0.00 |
| **Interest Charged** | | | | | |
| | | | INTEREST CHARGE ON PURCHASES | | 0.00 |
| | | | INTEREST CHARGE ON CASH ADVANCES | | 0.00 |
| | | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | $0.00 |

| 2023 Totals Year-to-Date | |
|---|---|
| TOTAL FEES CHARGED IN 2023 | $80.00 |
| TOTAL INTEREST CHARGED IN 2023 | $309.84 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT          Continued ➡

5596      YKG      1   3  5   230228  0      Z X PAGE 1 of 2      1 0  5581  6540  C110  01DP5596

| Account Number | 0001 |
|---|---|
| New Balance | $0.00 |
| Minimum Payment | $0.00 |
| Payment Due Date | 03/04/2023 |

Amount Enclosed $

RICHARD A MUELLING
428 S DELPHIA AVE
PARK RIDGE IL 60068-4570

WELLS FARGO CARD SERVICES      YKG
PO BOX 51193                          4
LOS ANGELES CA 90051-5493

FILED DATE: 12/29/2023 9:28 AM   2023200444

FILED DATE: 12/29/2023 9:28 AM 20232004444

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Billing Rights Summary.** If you believe your bill is wrong (an "Error"), or if you need more information about a transaction on your bill, write to us on a separate sheet of paper as soon as possible at: P.O. Box 522, Des Moines, IA 50306-0522. We must hear from you no later than 60 days after we sent you the first bill on which the Error appeared. You may notify us using other means (including calling us at the number listed on the front of the statement), but doing so will not preserve your rights.

In your letter (a "Written Notice"), provide the following information:
• Your name and account number.
• The dollar amount of the suspected Error.
• Description of the Error and why you believe there is an Error. If you need more information, please describe the item you are not sure about.

You do not have to pay any alleged Error amount while we are investigating, but you are still obligated to pay the parts of your bill that are not part of the alleged Error amount. While we investigate, we cannot report you as delinquent or take any action to collect the alleged Error amount. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you believe is an Error. To stop the payment, your Written Notice must reach us three (3) business days before the automatic payment is scheduled to occur.

*Special Rule for Credit Card Purchases:* If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address and you have not paid the balance of the disputed charge. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**Credit Information.** NOTICE: We may furnish information about your account to consumer reporting agencies. You have the right to dispute the accuracy of information that we have reported by writing to us at P.O. Box 14517, Des Moines, IA 50306-3517 and describing the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that you believe relates to an identity theft, you will need to provide us with an identity theft report.

Payments made on the last day of the statement cycle will be applied to your account on that day but may not appear on your monthly billing statement or credit report until the following statement cycle.

**Payments.** "Conforming Payments" are payments mailed using the enclosed payment coupon to the payment address specified on the statement or, generally, made via the "Transfers" tab or "Make a Payment" link on the credit card Account Activity tab of Wells Fargo Online Banking at "https://www.wellsfargo.com". Conforming Payments received via mail by 5:00 p.m. will be credited as of the date of receipt. Conforming Payments received after 5:00 p.m. will be credited as of the next day. Cut-off times for Conforming Payments made via our Website will be disclosed at the time of the transaction. "Non-Conforming Payments" are payments made by any other means and may not receive credit for up to five days after the date of receipt. Non-Conforming Payments include, but are not limited to, payments by certified mail, FedEx or UPS, or envelopes addressed illegibly.

*Notice About Electronic Check Conversion:* When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*Payment in Full for Less Than Account Balance Request:* If you intend to pay your account in full with an amount less than the total owed on your account, you must send your request to us at: P.O. Box 10311, Des Moines, IA 50306-0311. Such payments will not discharge your full debt.

**How We Calculate Your Balance.** We use a method called "average daily balance (including new purchases)". For more information regarding this calculation, please refer to your Credit Card Account Agreement or call our toll-free Customer Service number located on the front of this statement.

**How to Avoid Paying Interest on Purchases.** Your Payment Due Date is at least 25 days after the close of each billing period. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date.

To manage your account, including card payments, alerts and changes of address, visit **wellsfargo.com** or call the customer service number which appears on your account statement.

**Customer Service Monitoring.** Calls may be recorded or monitored.

O1DP5596 - 01/04/2023
© 2022 Wells Fargo Bank, N.A. All rights reserved.

**WELLS FARGO**

**VISA**



| | | |
|---|---|---|
| Account Number | Ending in 0001 | |
| Statement Billing Period | 02/08/2023 to 02/28/2023 | |
| Page 2 of 2 | | |

---

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge |
|---|---|---|---|---|
| PURCHASES | 19.65% variable | $0.00 | 21 | $0.00 |
| CASH ADVANCES | 28.49% variable | $0.00 | 21 | $0.00 |

---

## Wells Fargo News

**Do we have your correct mobile phone number?**

Don't miss suspicious-activity notifications, time-sensitive information, or critical account updates. Make sure we can reach you if we detect unusual activity on your account, or need to contact you to verify transactions. Sign in or log on to wellsfargo.com/online-banking and verify your mobile phone number on the **Contact Information** page.

FILED DATE: 12/29/2023 9:28 AM    20232004444



**WELLS FARGO CREDIT CARD**
Account ending in 0001
Statement Period 11/10/2023 to 12/06/2023
Page 1 of 3

VISA

Wells Fargo Online®:    wellsfargo.com
24-hour Customer Service:    1-800-642-4720
We accept all relay calls, including 711
Outside the US call collect:    1-925-825-7600

Send general inquiries to:
Wells Fargo, PO Box 10347, Des Moines IA 50306-0347

### Payment

| | |
|---|---|
| Payment Due Date | 12/04/2023 |
| Minimum Payment | $4,249.00 |
| Includes Past Due Amount of $3,769.00 | |
| Overlimit Amount | $3,604.66 |
| Total Amount Due | $7,853.66 |
| New Balance | $9,604.66 |

**Late Payment Warning:** If we do not receive your Minimum Payment by 12/04/2023, you may have to pay a late fee up to $0.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 0 month(s) | $0 |

If you would like information about credit counseling services, refer to
**www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111** or call **1-866-464-6322.**

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $9,604.66 | Total Credit Limit | $6,000 |
| – Payments | $0.00 | Total Available Credit | $0 |
| -- Other Credits | $0.00 | | |
| + Cash Advances | $0.00 | | |
| + Purchases, Balance Transfers & Other Charges | $0.00 | | |
| + Fees Charged | $0.00 | | |
| + Interest Charged | $0.00 | | |
| = New Balance | $9,604.66 | | |

### Transactions

| Card Ending in | Trans Date | Post Date | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|---|

**Fees Charged**

| | |
|---|---|
| **TOTAL FEES CHARGED FOR THIS PERIOD** | $0.00 |

**Interest Charged**

| | |
|---|---|
| INTEREST CHARGE ON PURCHASES | 0.00 |
| INTEREST CHARGE ON CASH ADVANCES | 0.00 |
| **TOTAL INTEREST CHARGED FOR THIS PERIOD** | $0.00 |

| 2023 Totals Year-to-Date | |
|---|---|
| TOTAL FEES CHARGED IN 2023 | $80.00 |
| TOTAL INTEREST CHARGED IN 2023 | $309.84 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT      Continued ➤

5596    YKG    1   3 S   231206 0   ZX PAGE 1 of 3   1 0 5581 6540 CHGZ 01DP5596

Detach and mail with check payable to Wells Fargo. For faster processing, include your account number on your check.



| Account Number | ████ 0001 |
|---|---|
| Payment Due Date | 12/04/2023 |
| Minimum Payment | $4,249.00 |
| Includes Past Due Amount of $3,769.00 | |
| Overlimit Amount | $3,604.66 |
| Total Amount Due | $7,853.66 |
| New Balance | $9,604.66 |

Amount Enclosed   $



RICHARD A MUELLING
428 S DELPHIA AVE
PARK RIDGE IL 60068-4570

WELLS FARGO CARD SERVICES    YKG
PO BOX 51193      4
LOS ANGELES CA 90051-5493

FILED DATE: 12/29/2023 9:28 AM    20232004444

## Important Information About Your Account

**1 . What are your billing rights?**
**Addressing Errors and Transaction Disputes**
If you believe that your bill is wrong ("error") or you need more information about a transaction on the statement, contact us as soon as possible. We must hear from you within 60 days after we sent you the first bill that your error appeared on.

In order to keep your billing rights, you must write to us. While you can call us at the phone number listed on your statement or contact us in another way, doing so will not preserve your billing rights.

Follow these steps when contacting us:
1. Write a letter ("Written Notice") about the error or transaction question you have. Include the following details:

| Written Notice Topic | Details to Include |
|---|---|
| Errors | • Your name<br>• Your account number<br>• Dollar amount of the suspected error<br>• Description of the error and why you believe it is wrong |
| Transaction Questions | • Your name<br>• Your account number<br>• Description of the transaction in question |

2. Mail your Written Notice to the following address:
Wells Fargo Bank, N.A.
P.O. Box 522
Des Moines, IA 50306-0522

**Bill Payments During an Investigation**
• **Suspected Error Amounts**
While we are investigating your suspected error amount, you do not have to pay that amount. But you must still pay the rest of your bill that is not part of the error. We also cannot report you as late or take any action to collect your suspected error amount during our investigation.
• **Automatic Bill Payments**
You can stop authorized automatic payments for your credit card bill on the amount you believe is an error. To do so, we must receive your Written Notice within three business days before the scheduled automatic payment happens.
**Addressing Quality of Goods – Special Rule for Credit Card Purchases**
If you purchased a good or service with your credit card and have a problem with the quality, you may not have to pay your remaining amount on the good or service. To qualify, you must have tried in good faith to correct the problem with the merchant. If we own or operate the merchant, or we mailed you an advertisement for the property or services, then we will cover all purchases. Otherwise, the following three details must apply in order to have this protection:
1. The purchase must cost more than $50.
2. You must have made the purchase in your home state or within 100 miles of your mailing address.
3. You must have a balance left on the charge you are disputing. For example, the good cost $1000, and you already paid $700, leaving $300 left to pay.

**2. How do we use your credit information?**
We may provide information about your account to consumer reporting agencies. You have the right to dispute the accuracy of information that we report. To do so, take these steps:
1. Write a letter to us that describes the specific information that is not correct or that you are disputing, as well as any supporting documents.
2. Mail your letter to us at the following address:
Wells Fargo Bank, N.A.
P.O. Box 14517
Des Moines, IA 50306-3517
If the information relates to identity theft, you will need to provide us with an identity theft report.

**3. When do we process payments?**
We process payments in different ways depending on whether you make Conforming– or Non-Conforming Payments.
• **Conforming Payments**
"Conforming Payments" are payments that you either:
• Mail to us using the enclosed payment coupon to the payment address listed on your statement or
• Make via the "Transfer" tab or "Make a Payment" link on the Wells Fargo Online Banking credit card Account Activity tab at: www.wellsfargo.com.

| When We Receive the Payment | When We Credit Your Account |
|---|---|
| In the mail by 5:00 p.m. local time | The date that we receive your payment |
| In the mail after 6:00 p.m. local time | The next day |
| Through our Website or Mobile App | We will disclose this detail when you make your transaction. |

• **Non-Conforming Payments**
"Non-Conforming Payments" are payments that you make in any other way, such as:
• Certified mail
• FedEx or UPS
• Envelopes with addresses that are not clear enough to read
Non-Conforming Payments may not receive credit for up to five days after the date that we receive it.
**Payments Made on Last Day of Statement Cycle**
When you make payments to your account on the last day of the statement cycle, we apply those payments on that day. However, these payments may not appear on your monthly billing statement or credit report until the next statement cycle.

**4. What does a check payment authorize?**
When you pay with a check, you authorize us to do either of the following:
• Use your check information to make a one-time electronic fund transfer from your account. In this scenario, we may withdraw the funds from your account as soon as the same day we receive your payment. You also will not get your check back from your financial institution.
• Process the payment as a check transaction.

**5. How do you pay your Account with an amount less than you owe?**
If you want to pay your account for less than the full amount you owe, mail your request to us at:
Wells Fargo Bank, N.A.
P.O. Box 10311
Des Moines, IA 50306-0311

Please note: These payments do not erase your full debt.

**6. How do we calculate your balance?**
We use a method called "average daily balance (including new purchases)." For more information, refer to your Credit Card Account Agreement or call our toll-free Customer Service number located on the front of this statement.

**7. How can you avoid paying interest on purchases?**
Your Payment Due Date is at least 25 days after each billing period closes. You must pay your entire balance each month to avoid interest charges. We begin charging interest on cash advances and balance transfers on the transaction date.

**8. How can you manage your account?**
To manage your account details — including card payments, alerts, and address changes — visit wellsfargo.com or call the customer service number that appears on your account statement.

**9. Will customer service monitor your calls with us?**
We may record or monitor any calls you have with customer service.

© 2023 Wells Fargo Bank, N.A. All rights reserved.    IHA-6954419



## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge | Balance as of 12/06/2023 |
|---|---|---|---|---|---|
| PURCHASES | 0.00% | $0.00 | 27 | $0.00 | $9,804.66 |
| CASH ADVANCES | 0.00% | $0.00 | 27 | $0.00 | $0.00 |

## Wells Fargo News

**Do we have your correct mobile phone number?**
Don't miss suspicious-activity notifications, time-sensitive information, or critical account updates. Make sure we can reach you if we detect unusual activity on your account, or need to contact you to verify transactions. Sign in or log on to **wellsfargo.com/online-banking** and verify your mobile phone number on the **Contact Information** page.

Continued 

FILED DATE: 12/29/2023 9:28 AM    20232004444



**WELLS FARGO CREDIT CARD**
Account ending in 0001
Statement Period 11/10/2023 to 12/06/2023
Page 3 of 3

**VISA**

## THIS PAGE INTENTIONALLY LEFT BLANK

FILED DATE: 12/29/2023 9:28 AM  20232004444

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 0202
System Generated Hearing Date: 6/6/2024 9:30 AM
Location: Court Room 0202
Judge: Warnick, Jeffrey L

FILED DATE: 4/16/2024 4:48 PM

20232004444

| STATE OF ILLINOIS, CIRCUIT COURT COOK COUNTY | SMALL CLAIMS SUMMONS | For Court Use Only<br><br>FILED<br>4/16/2024 4:48 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL |
|---|---|---|

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case | **Wells Fargo Bank N.A.**<br>**Plaintiff**<br><br>**Vs.** |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | **Richard A Muelling**<br>**Defendant**<br><br>☒ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |
| Enter the Case Number given by the Circuit Clerk. | **Case Number:**<br>**20232004444** |

## IMPORTANT: You have been sued.

- Read all documents attached to this *Summons*.
- You MUST attend court on the date in this *Summons*. If you do not, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- You do not have to file a document called an *Answer/Response* in a small claims case unless ordered to by the judge. You may have to file a document called an *Appearance*. If you do not file required court documents on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

**Plaintiff: If you are suing more than 1 defendant, fill out a *Small Claims Summons* form for each Defendant.**

| In **1a**, enter the name and address of a Defendant. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br><br>   a.  Defendant/Respondent's primary address/information for service:<br><br>      Name: Richard A Muelling<br><br>      Registered Agent's name, if any:<br><br>      Street Address, Unit #: 428 S Delphia Ave<br><br>      City, State, ZIP: Park Ridge, IL 60068<br><br>      Telephone:          Email: |

FILED DATE: 4/16/2024 4:48 PM    20232004444

| In **1b**, enter a second address for Defendant if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name:<br>Street Address, Unit #:<br>City, State, ZIP:<br>Telephone:                    Email: |
|---|---|
| In **1c**, check how you are sending your documents to that Defendant. | c. Method of service on Defendant/Respondent:<br>☐ Certified Copy by certified or registered mail    ☒ Sheriff OR<br><br>☐ Special process server |

| In **2**, enter your contact information.<br><br>Enter your complete address, telephone number, and email address, if you have one. | **2.   Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)* C. Anthony Crnic<br><br>Street Address, Unit #: 925 E. 4th St.<br>City, State, Zip: Waterloo, IA 50703<br>Telephone:   (312) 945-7506<br>Email: inquiry@sayerlaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person receiving this** *Small Claims Summons* **(Defendant):** | You have been sued. Read all the documents attached to this *Small Claims Summons*. You must attend court on the court date below. The judge may want to have a trial on that day. If you do not attend, you could lose the case. If you are not ready for trial on your court date, you may ask the judge for more time. The judge does not have to give you more time. |
|---|---|
| In **3**, the plaintiff should enter:<br>•The court date and time (this will be a date 40-61 days from filing). •The address of the courthouse. •The call-in or video conference information for remote appearances (if applicable). •The clerk's phone number and website. All of this information is available from the Circuit Clerk. For more information about how to complete **3**, see *How to File & Serve a Small Claims Complaint* at ilcourts.info/forms. | **3. Instructions for the person receiving this** *Small Claims Summons* **(Defendant):**<br>You must attend court on the date below:<br>On: _____ at: _____ ☐ a.m. ☐ p.m. in courtroom _____<br>In-person at: 5600 Old Orchard Rd. Skokie, IL 60077<br>OR Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance."):<br>By telephone: _____<br><br>By video conference: _____<br><br>Call the Circuit Clerk at 312-603-5030 or visit their website at: cookcountycourt.org to find out more about how to do this. |
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br>4/16/2024 4:48 PM IRIS Y. MARTINEZ<br>**Clerk of Court:** _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | Date of Service: _____<br>(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person) |

FILED DATE: 4/16/2024 4:48 PM    2023200444



# Cook County LEGAL AID for Housing and Debt

*Helping you resolve eviction, foreclosure, debt, and tax deed issues.*

## LEGAL HELP IS AVAILABLE AT NO COST FOR ALL COOK COUNTY RESIDENTS!
## Call (855) 956-5763 today!

Call the CCLAHD hotline at (855) 956-5763 to learn how you can get help resolving your housing and debt problems. All services are available at no cost to Cook County residents and property owners regardless of income, language, or immigration status. The hotline is open Monday-Friday from 9:00 - 4:30.

CCLAHD can help if:
► You are a renter facing eviction
► You are a landlord dealing with an eviction issue
► You are being sued for an unpaid debt
► You need to sue someone who owes you money

## RENTAL ASSISTANCE IS NOW AVAILABLE!

Rental assistance programs can help eligible landlords and tenants by paying up to 18 months of past and future rent. You may be eligible if you are a tenant who fell behind on your rent because of COVID-19 and meet the income requirements. If your application is approved, the payments will be made directly to your landlord. Visit **chicookilrenthelp.org** to learn more about rental assistance programs.

Cook County Legal Aid for Housing and Debt (CCLAHD) is a county-wide initiative to help resolve eviction, foreclosure, debt, and tax deed issues with free services including legal aid, mediation, and referrals to rental assistance programs. Visit **www.cookcountylegalaid.org** for information about other programs and services.

   

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

FILED DATE: 4/16/2024 4:48 PM   20232004444



# AYUDA LEGAL
para viviendas y deudas
del Condado de Cook

*Ayuda para resolver problemas de desalojo, ejecución
de hipotecas, deudas y escrituras de impuesto.*

## ¡LA AYUDA LEGAL ESTÁ DISPONIBLE SIN COSTO PARA TODOS LOS RESIDENTES DEL CONDADO COOK!

## ¡Llame hoy al (855) 956-5763!

Llame a la línea directa de CCLAHD al (855) 956-5763 para saber cómo puede recibir ayuda para resolver sus problemas de vivienda y deudas. Todos los servicios están disponibles sin costo para los residentes y propietarios del Condado Cook, sin considerar sus ingresos, idioma o estatus migratorio. La línea directa está abierta de lunes a viernes de 9:00 a.m. a 4:30 p.m.

### CCLAHD puede ayudarlo si:
► Es un inquilino que enfrenta el desahucio
► Es un propietario que se enfrenta a un problema de desahucio
► Lo están demandando por una deuda pendiente de pago
► Necesita demandar a alguien que le debe dinero

## ¡YA ESTÁ DISPONIBLE LA AYUDA PARA EL ALQUILER!

Los programas de asistencia para el alquiler pueden ayudar a los propietarios e inquilinos elegibles a pagar hasta 18 meses de alquileres pasados y futuros. Puede ser elegible si es un inquilino que se retrasó en el pago de su alquiler debido al COVID-19 y cumple los requisitos de ingresos. Si aprueban su solicitud, los pagos se harán directamente a su arrendador. Visite **chicookilrenthelp.org** para obtener más información sobre los programas de ayuda para el alquiler.

Asistencia legal para vivienda y deudas del condado Cook (County Legal Aid for Housing and Debt, CCLAHD) es una iniciativa para todo el condado para ayudar a resolver problemas de desahucio, ejecución hipotecaria, deudas y escrituras de impuestos con servicios gratuitos incluyendo ayuda legal, mediación y remisiones a programas de asistencia para el alquiler. Visite www.cookcountylegalaid.org para obtener información sobre otros programas y servicios.






CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

FILED DATE: 4/16/2024 4:48 PM 20232004444



# Hrabstwo Cook
# **POMOC PRAWNA**
na mieszkania i długi

*Pomoc na rzecz rozwiązywania problemów związanych z eksmisją, zajmowaniem obciążonej hipoteki, długami oraz sprawami podatkowymi.*

## POMOC PRAWNA JEST DOSTĘPNA BEZPŁATNIE DLA WSZYSTKICH MIESZKAŃCÓW OKRĘGU COOK!
## Już dziś zadzwoń pod numer (855) 956-5763!

Zadzwoń na infolinię CCLAHD pod numer (855) 956-5763, aby dowiedzieć się, jak możesz uzyskać pomoc w rozwiązaniu swoich problemów związanych z mieszkaniem i zadłużeniem. Wszystkie usługi są dostępne bezpłatnie dla mieszkańców okręgu Cook i właścicieli nieruchomości bez względu na dochody, język czy status imigracyjny. Infolinia jest czynna od poniedziałku do piątku w godzinach od 9:00 do 16:30.

### CCLAHD może pomóc, jeśli:
- ► jesteś najemcą, któremu grozi eksmisja
- ► jesteś wynajmującym mającym problem z eksmisją
- ► pozwano Cię do sądu z powodu niespłaconego zadłużenia
- ► musisz pozwać kogoś, kto jest Ci winien pieniądze

## POMOC W WYNAJMIE JEST JUŻ DOSTĘPNA!

Programy pomocy w wynajmie mogą pomóc kwalifikującym się właścicielom nieruchomości i najemcom poprzez pokrycie kosztów przeszłego i przyszłego czynszu za okres do 18 miesięcy. Możesz się kwalifikować, jeśli jesteś najemcą, który zalega z czynszem z powodu COVID-19, i spełniasz wymagania dotyczące dochodów. Jeśli Twój wniosek zostanie zatwierdzony, płatności będą dokonywane bezpośrednio na rzecz Twojego właściciela nieruchomości. Odwiedź stronę **chicookilrenthelp.org**, aby dowiedzieć się więcej o programach pomocy w wynajmie.

Pomoc prawna okręgu Cook w zakresie mieszkalnictwa i zadłużenia (Cook County Legal Aid for Housing and Debt, CCLAHD) to inicjatywa obejmująca zasięgiem cały okręg, aby pomagać w rozwiązywaniu problemów związanych z eksmisją, przejęciem, zadłużeniem i aktem własności w przypadku zajęcia za niezapłacenie podatku za pomocą bezpłatnych usług obejmujących pomoc prawną, mediację i skierowanie do programów pomocy w wynajmie. Odwiedź stronę www.cookcountylegalaid.org, aby uzyskać informacje o innych programach i usługach.

   

CARPLS Legal Aid
Center for Conflict Resolution
Center for Disability & Elder Law
Chicago Volunteer Legal Services

Greater Chicago Legal Clinic
Lawyers' Committee for Better Housing
Legal Aid Chicago
Legal Aid Society

FILED DATE: 4/16/2024 4:48 PM   20232004444

# EXHIBIT C

EXHIBIT C



US POSTAGE $ 010.54°
ZIP 50703
02 7M
0000502251 JAN 11 2024

FIRST-CLASS

CERTIFIED MAIL®

Label 890-PB, Oct. 2015
Pitney Bowes

9489 0090 0027 6559 7797 83

**SAYER**
LAW GROUP, PC

925 E. 4th Street
Waterloo, IA 50703
www.sayerlaw.com

Richard A Muelling
428 S. Delphia Ave
Park Ridge, IL 60068